# EXHIBIT A

IN THE CIRCUIT COURT OF THE
TWELFTH JUDICIAL CIRCUIT IN AND
FOR SARASOTA COUNTY, FLORIDA

CASE NO.:   2022 CA 003512 NC
                    DIVISION C CIRCUIT

SARASOTA COUNTY PUBLIC HOSPITAL
DISTRICT d/b/a SARASOTA MEMORIAL
HEALTH CARE SYSTEM,

       Plaintiff,

v.

CIGNA HEALTHCARE OF FLORIDA, INC.
and CIGNA HEALTH AND LIFE
INSURANCE CO.,

       Defendants.

_____/

## FIRST AMENDED COMPLAINT

Plaintiff, SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT (hereinafter referred to as "Sarasota Memorial" or "SMH"), hereby sues Defendants, CIGNA HEALTHCARE OF FLORIDA, INC. (hereinafter referred to as "Cigna Florida") and CIGNA HEALTH AND LIFE INSURANCE CO. (hereinafter referred to as "Cigna Health") (collectively, Cigna Florida and Cigna Health shall be referred to as "Cigna"), and states as follows:

### I.  INTRODUCTION

1.       Sarasota Memorial is a public, community hospital that strives to serve the health care needs of its local community.  Sarasota Memorial is the only hospital in Sarasota County, Florida providing inpatient obstetrical services, inpatient pediatrics, Level III neonatal intensive care services, and inpatient behavioral health services for patients of all ages.  In addition, Sarasota Memorial is the only hospital in Sarasota County with a Level II trauma center and has the only comprehensive stroke center in Sarasota County.

2.      Cigna Florida is a Florida for-profit corporation authorized and licensed under Chapter 641, Florida Statutes, to issue and administer health maintenance organization plans ("HMO Plans") covering members of the community in and around Sarasota County, Florida.

3.      Cigna Health is a foreign for-profit corporation that operates in Florida as a licensed accident, health, and life insurer in and around Sarasota County, Florida.

4.      Cigna Health issues fully insured plans and administers non-federal, governmental self-insured plans[1] (such fully insured plans and governmental self-insured plans are hereinafter referred to as "Chapter 627 Plans").

5.      Chapter 627 Plans that are non-federal governmental self-insured plans are hereinafter referred to as "Self-Insured Chapter 627 Plans."

6.      Cigna Health also administers private sector employer self-insured plans, which are hereinafter referred to as "Private Self-Insured Plans" for purposes of this Amended Complaint.

7.      Cigna Health administers Private Self-Insured Plans on behalf of their plan sponsors ("Private Plan Sponsors"), who fund plans to provide healthcare benefits to participants and their beneficiaries.

8.      At all times material to this action, Sarasota Memorial has not been a participating provider within Cigna's provider network, otherwise known as being "out-of-network" or "non-participating" with Cigna.

---

[1] ERISA explicitly excludes governmental plans from complying with ERISA provisions. *See* 29 USCA §1003(b)(1); *see also* 29 U.S.C. §1002(33) (definition of "governmental plan"). Furthermore, non-federal governmental self-insured plans are established, maintained, and otherwise subject to the group health insurance requirements of Part VII of Chapter 627, Florida Statutes. *See* Fla. Stat. §§ 627.651, 627.652(2) ("(2)(a) The terms 'policy,' 'insurance policy,' 'health insurance policy,' 'group health policy,' and 'group health insurance policy' include plans of self-insurance providing health insurance benefits. (b) The terms 'amount of insurance' and 'insurance' include the benefits provided under a plan of self-insurance. (c) The term 'insurer' includes any person or governmental unit providing a plan of self-insurance."), 627.6561-66997; *see also* Office of the Att'y Gen. of the State of Fla., Op. Att'y Gen. Fla. 2001-39, 2001 Fla. AG LEXIS 44, at *1 (May 30, 2001).

9. This suit relates to Cigna's systematic underpayment, or causing underpayment, of out-of-network emergency services and care rendered by Sarasota Memorial to relieve or eliminate emergency medical conditions of Cigna HMO Plan members ("Cigna HMO Members") and Cigna Chapter 627 Plan members ("Cigna Chapter 627 Members"). This suit also relates to Cigna Health's deceptive and unfair actions that have caused, or were undertaken with the knowledge of and/or in cooperation with, Private Plan Sponsors to underpay Sarasota Memorial for emergency services and care provided to Private Self-Insured Plan members ("Cigna Private Self-Insured Members") (collectively, Cigna HMO Members, Cigna Chapter 627 Members, and Cigna Private Self-Insured Members are hereinafter referred to as "Cigna Members") during the time period beginning May 1, 2020 and continuing through the present (hereinafter, the "Non-Par Period").[2]

10. During the Non-Par Period, Cigna has underpaid Sarasota Memorial, and/or has caused Sarasota Memorial to be underpaid, and in fact paid Sarasota Memorial for the services at issue in this Amended Complaint in amounts even less than the discounted rate Sarasota Memorial had previously agreed to for the same services when Sarasota Memorial and Cigna were under their previous Network Agreement (such amounts, which were less than such previously agreed upon discounted rates, or that were otherwise underpayments, are hereinafter referred to as the "De Minimis Amount").

11. Additionally, during the Pre-NSA Non-Par Period,[3] Cigna Health caused, and/or at times undertook with the knowledge of and/or in cooperation with, Private Plan Sponsors to engage in unfair and deceptive practices and representations that have resulted in damages to

---

[2] The Non-Par Period is divided into the two following time periods based on the implementation of the No Surprises Act ("NSA"): (1) the "Pre-NSA Non-Par Period" beginning May 1, 2020 and ending on December 31, 2021; and (2) the "Post-NSA Non-Par Period" beginning January 1, 2022, and continuing through the present.

[3] For purposes of this Amended Complaint, Sarasota Memorial will not seek Post-NSA Period damages on claims in which the NSA would provide for the resolution of such claims through the federal independent dispute resolution process.

Sarasota Memorial, including: (1) failing to use the correct methodology in calculating reimbursement for out-of-network emergency services and care; (2) unilaterally implementing a "work-around process" that purports to treat Sarasota Memorial claims as in-network, without a written network agreement; and (3) causing, and/or at times undertaking with the knowledge of and/or in cooperation with, Private Plan Sponsors to only pay the De Minimis Amount for Sarasota Memorial's claims for services, despite promising to "pay the difference" between the amount owed for Sarasota Memorial's out-of-network emergency services and care and the arbitrary "in-network" amount purported to be paid by Cigna Health.

12.     Sarasota Memorial is not suing upon, or relying upon, any purported assignment of coverage provided by Cigna Members or upon any rights that Cigna Members may have to pursue against Cigna.  Sarasota Memorial is not seeking damages for denials of benefits under Private Self-Insured Plans.  *See Sarasota Cty. Pub. Hosp. Bd. v. Blue Cross & Blue Shield of Fla., Inc.*, 511 F. Supp. 3d 1240, 1254-55 (M.D. Fla. 2021); *Orthopaedic Care Specialists v. United Healthcare Servs.*, No. 19-81426-CIV-SMITH, 2020 U.S. Dist. LEXIS 208826, at \*4-6 (S.D. Fla. Apr. 13, 2020).

13.     The claims at issue in this dispute do not include any federal government-sponsored products, such as Medicare Advantage, managed Medicaid, or Federal Employee Health Benefits Act ("FEHBA") program and/or plans (collectively, the "Excluded Population").[4]

14.     For services rendered to Cigna HMO Members and Cigna Chapter 627 Members, Cigna is liable to Sarasota Memorial for the difference between the out-of-network reimbursement

---

[4] A preliminary Damages Estimate Spreadsheet, which contains private health information, will be provided to Defendants' counsel, but not filed in the public record.  Sarasota Memorial's preliminary Damages Estimate Spreadsheet could mistakenly list persons from the Excluded Population.  Likewise, the examples included in this Amended Complaint could mistakenly refer to a person in the Excluded Population.  If Cigna's more detailed membership records reflect that such persons are in the Excluded Population, upon confirmation of such information in the discovery process, Sarasota Memorial will correct its preliminary Damages Estimate Spreadsheet and the examples set forth in its Complaint.

4

for Sarasota Memorial's emergency services and care required by Florida law and the De Minimis Amount paid by Cigna under the following Florida statutory causes of action, respectively: violation of Fla. Stat. § 641.513(5) (Count I) and violation of Fla. Stat. § 627.64194 (Count II).

15.     Cigna Health is also liable to Sarasota Memorial for the damages (including for paying far less than the appropriate out-of-network rates) caused by Cigna Health's unfair and deceptive practices (at times undertaken with the knowledge of and/or in cooperation with, Private Plan Sponsors) in violation of Fla. Stat. § 501.201 *et seq.*, Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") (Count III).

## II.  PARTIES AND JURISDICTION

16.     Sarasota Memorial is a body corporate and politic created by special act of the Florida legislature as an independent taxing district.

17.     Sarasota Memorial's principal place of business is located in Sarasota County, Florida.

18.     Cigna Florida is a Florida for-profit corporation that delivers and issues for delivery individual and group health insurance products and plans in Florida and is authorized to conduct business in Sarasota County, Florida.

19.     Cigna Health is a Connecticut for-profit corporation that issues, delivers, and administers individual and group health insurance products and plans in Florida and is authorized to conduct business in Sarasota County, Florida.

20.     This Court has personal jurisdiction over Cigna Florida and Cigna Health.

21.     Venue is proper in Sarasota County where Sarasota Memorial's causes of action accrued.

22.     All conditions precedent have been met, waived, or excused.

23.     This Court has jurisdiction over this matter because the amount in controversy exceeds twenty million dollars.

### III.  BACKGROUND

**A. Sarasota Memorial is Required to Provide Emergency Services and Care for Patients and Cigna is required to pay for those services under Florida Statutes and Federal Regulations**

24.     Hospitals that operate emergency departments are required by Florida and Federal law to provide emergency services and care to any patient seeking care or treatment for a potential emergency medical condition regardless of the insurance status of a patient or ability to pay.  *See* Fla. Stat. § 395.1041(3)(f); *see also* 42 U.S.C. § 1395dd(b)(1), (h).

25.     Florida law defines the obligation to provide emergency services and care as requiring hospitals to provide "medical screening, examination, and evaluation by a physician, or, to the extent permitted by applicable law, by other appropriate personnel under the supervision of a physician, to determine if an emergency medical condition exists and, if it does, the care, treatment, or surgery by a physician *necessary to relieve or eliminate the emergency medical condition*, within the service capability of the facility."  Fla. Stat. § 395.002(9) (emphasis added).

26.     Whether there is an emergency medical condition is determined using the Prudent Layperson Standard, described as a person "who possesses an average knowledge of health and medicine."    42  U.S.C.  300gg-19a(b)(2)(A);  42  U.S.C.  § 300gg-111(a)(3)(B);  29  U.S.C. § 1185e(a)(3)(B); 26 U.S.C. § 9816(a)(3)(B); *see also* Fla. Stat. § 395.002(8)(a).

27.     An emergency medical condition is defined as a "medical condition manifesting itself by acute symptoms of sufficient severity, which may include severe pain or other acute symptoms, such that the absence of immediate medical attention could *reasonably* be expected to result in any of the following: (1) Serious jeopardy to patient health, including a pregnant woman

or fetus. (2) Serious impairment to bodily functions. (3) Serious dysfunction of any bodily organ or part." Fla. Stat. § 395.002(8)(a) (emphasis added); *see* 42 U.S.C. § 1395dd(e)(1)(A).

28.     Therefore, if a prudent layperson reasonably believes there is an emergency medical condition, just as Sarasota Memorial is required to screen, examine, evaluate, and provide services to relieve or eliminate any emergency medical condition, Cigna is required to reimburse, and to cause Self-Insured Chapter 627 Plans to reimburse, Sarasota Memorial for screening, examining, evaluating, and providing emergency services and care to relieve or eliminate such emergency medical condition.

**B.  With Regard to Cigna Florida's HMO Plans and Cigna Health's Chapter 627 Plans, Cigna Underpays Sarasota Memorial for Emergency Services and Care in Violation of Florida Statutes**

29.     Network agreements generally reflect mutual compromises carefully negotiated and voluntarily undertaken by providers and payors to offer members of the payor's policies and plans discounted charges on in-network services and care.[5] In exchange for offering discounted in-network rates, providers generally expect a quantifiable volume of members seeking services and negotiate and contract for favorable terms under the network agreement, such as terms restricting a payor's discretion to contest the provider's full billed charges.

30.     However, payors are not entitled to in-network discounted rates for out-of-network emergency services and care—let alone the de minimis out-of-network rates often unilaterally paid by payors—because out-of-network providers and facilities did not agree to a discount and do not receive any of the advantages negotiated under a network agreement.

---

[5] "Network providers have agreed to offer benefits or services to the plan's members at prices that the provider and the plan agreed on.  This generally means that they provide a covered benefit at a lower cost to the plan and the plan's members than to someone without insurance or someone in a plan where the provider is out-of-network." Centers for Medicare and Medicaid Services, *What You Should Know About Provider Networks*, CMS Product No. 11766 (Revised February 2022), https://marketplace.cms.gov/outreach-and-education/what-you-should-know-provider-networks.pdf.

31.     If there is no network agreement, then, with regard to HMO Plans and Chapter 627 Plans, Cigna is statutorily required to pay, and to cause Self-Insured Chapter 627 Plans to pay, the lesser of (a) the provider's charges, (b) usual and customary charges for emergency services and care, or (c) a charge mutually agreed upon, under Fla. Stat. § 641.513.

32.     Fla. Stat. § 641.513 statutorily prescribes the amount at which Health Maintenance Organizations ("HMOs") must reimburse out-of-network providers for emergency services and care rendered to covered subscribers and insureds as follows:

> (5) Reimbursement for services pursuant to this section by a provider who does not have a contract with the health maintenance organization shall be the lesser of:
>
> (a) The provider's charges;
>
> (b) The usual and customary provider charges for similar services in the community where the services were provided; or
>
> (c) The charge mutually agreed to by the health maintenance organization and the provider within 60 days of the submittal of the claim.

*See* Fla. Stat. § 641.513(5)(a)-(c).

33.     Fla. Stat. § 627.64194—which became effective on July 1, 2016—obligates payors of fully insured plans, who are authorized to transact business in Florida and deliver or issue for delivery an individual or group health insurance policy, and payors of Self-Insured Chapter 627 Plans, to reimburse out-of-network providers for emergency to covered insureds as specified in Fla. Stat. § 641.513(5).

34.     Fla. Stat. §§ 641.513(5) and 627.64194(4) provisions relating to the provider reimbursement for out-of-network emergency services have been in effect throughout the entirety of the Non-Par Period.[6]

---

[6] The No Surprises Act ("NSA") went into effect on January 1, 2022.  With regard to the reimbursement for emergency services and care provided by out-of-network providers, the NSA refers back to "specified State laws," if there are state laws that provide for the amount of reimbursement determined in accordance with such laws.  *See* 42 U.S.C. §

35.     Sarasota Memorial is out-of-network with, has no signed agreement with, and has not agreed to accept any form of discounted payment from Cigna or Self-Insured Chapter 627 Plans with respect to any of the emergency services and care provided to Cigna HMO Members and/or Cigna Chapter 627 Members.

36.     Therefore, Fla. Stat. §§ 641.513 and 627.64194 govern the reimbursement for emergency services and care rendered to Cigna HMO Members and/or Cigna Chapter 627 Members.

37.     At all times material to this action, Cigna has consistently underpaid, and has caused Self-Insured Chapter 627 Plans to underpay, Sarasota Memorial for emergency services and care rendered to Cigna HMO Members and/or Cigna Chapter 627 Members in amounts lower than the amount required under Fla. Stat. §§ 641.513 and 627.64194.

38.     As a result of Cigna's improper underpayment, and causing Self-Insured Chapter 627 Plans to underpay, for Sarasota Memorial's emergency services and care in violation of Fla. Stat. §§ 641.513 and 627.64194, Sarasota Memorial has suffered damages, which continue to accrue.

39.     Sarasota Memorial is entitled to interest for the amounts overdue on the wrongfully denied and underpaid emergency services and care. *See* Fla. Stat. §§ 641.3155(6) and 627.6131(7).

40.     In this lawsuit, Sarasota Memorial seeks the amount underpaid and owed by Cigna for emergency services and care rendered to Cigna HMO Members and Cigna Chapter 627 Members.

---

300gg-111(a)(3)(I); 29 U.S.C. § 1185e(a)(3)(I); 26 U.S.C. § 9816(a)(3)(I).  Fla. Stat. §§ 641.513 and 627.64194 are "specified State laws"—as statutorily defined in the NSA—and, therefore, provide the proper methodology for determining the out-of-network rate for Sarasota Memorial's emergency services and care under the NSA.

**C. Cigna Health's Conduct with regard to Private Self-Insured Plans Is Unfair and Deceptive in Violation of Florida Statutes**

41.     Cigna Health engages in multiple behaviors that are unfair and deceptive practices that injure Sarasota Memorial in violation of Florida law including (i) failing to use the correct methodology in calculating reimbursement; (ii) unilaterally implementing a "work-around process" that purports to treat Sarasota Memorial claims as in-network, without a written network agreement; and (iii) causing, and/or at times undertaking with the knowledge of and/or in cooperation with, Private Self-Insured Plans to only pay the De Minimis Amount for services despite promising to "pay the difference" between the amount owed for Sarasota Memorial's out-of-network emergency services and care and the arbitrary "in-network" amount purported to be paid by Cigna Health.

42.     The Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") prohibits "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce." Fla. Stat. § 501.204(1).

43.     FDUTPA "shall be construed liberally . . . [t]o protect the consuming public and legitimate business enterprises from those who engage in unfair methods of competition, or unconscionable, deceptive, or unfair acts or practices in the conduct of any trade or commerce." *See* Fla. Stat. § 501.202(2).

44.     Pursuant to Fla. Stat. § 501.211(2), any person or consumer can bring a private cause of action under FDUTPA.  "In any action brought by a person who has suffered a loss as a result of a violation of this part, such person may recover actual damages, plus attorney's fees and court costs as provided in s. 501.2105." Fla. Stat. § 501.211(2).

45.     "Consumer" under FDUTPA is defined as "an individual; . . . business; firm; association; . . . corporation; any commercial entity, however denominated; or any other group or

combination."  Fla. Stat. § 501.203(7).  Sarasota Memorial is a consumer as statutorily defined under FDUTPA.

46.     Cigna Health's actions, at times undertaken with the knowledge of and/or in cooperation with, Private Plan Sponsors during the Pre-NSA Non-Par Period, that violate the provisions of FDUTPA, as alleged in this Amended Complaint, are not regulated under the laws administered by the Florida Office of Insurance Regulation of the Financial Services Commission.

### i.   Cigna Health is liable for causing Private Plan Sponsors to underpay Sarasota Memorial in violation of Florida Statutes

47.     Cigna Health administers Private Self-Insured Plans.

48.     Cigna Health provides Cigna Private Self-Insured Members with health plan identification cards bearing Cigna Health's name and logo and directs providers and facilities to submit claims to Cigna Health post office box addresses.

49.     As discussed above, Florida and Federal law require Sarasota Memorial to provide emergency services and care without regard for the network status of the patient's health insurance and/or ability to pay.

50.     When Cigna Private Self-Insured Members obtain out-of-network emergency services and care from Sarasota Memorial providers and facilities, Cigna Private Self-Insured Members provide their health insurance and/or plan identification card bearing Cigna Health's name and logo and directing providers and facilities to submit members' medical claims to Cigna Health post office box addresses.

51.     Accordingly, Sarasota Memorial submitted charges to Cigna Health for the out-of-network Emergency Services rendered to Cigna Private Self-Insured Members.

52.     During the Pre-NSA Non-Par Period, Cigna Health's arbitrary and unilateral implementation of a reimbursement methodology that caused, or at times were undertaken with

knowledge of and/or in cooperation with, Private Plan Sponsors, to only pay Sarasota Memorial the De Minimis Amount for Sarasota Memorial's services, is the direct and proximate cause for Sarasota Memorial's damages.

###### ii. Cigna Health deceptively implemented a "work-around process" that purports to treat Sarasota Memorial claims as in-network, without a written network agreement

53.     During the Pre-NSA Non-Par Period, Cigna Health defrauded, and/or at times undertook with the knowledge of and/or in cooperation with, Private Plan Sponsors to defraud, Sarasota Memorial and Cigna Private Self-Insured Members by misrepresenting Cigna Health's "work-around process" that purports to limit Cigna Private Self-Insured Members' financial responsibility for Sarasota Memorial's out-of-network medical services and care by reprocessing Sarasota Memorial's services as purportedly "in-network"—the amount that Cigna Health unilaterally determines Cigna Private Self-Insured Members would pay if Sarasota Memorial were in Cigna Health's network—despite the absence of a network agreement providing for discounted in-network rates.[7]

54.     Under Cigna Health's purported "work-around process," Cigna Health caused, and/or at times undertook with the knowledge of and/or in cooperation with, Private Plan Sponsors to falsely promise to maintain such "in-network" rates (and therefore lower patient responsibility amounts) for Cigna Private Self-Insured Members by purporting to pay the difference between the out-of-network rate for Sarasota Memorial's medical services and care and the purported "in-network" rate Cigna Private Self-Insured Members would pay if a network agreement existed.

---

[7] As used in Cigna Health's work-around process, Cigna Health's "in-network" rate is an artificial and arbitrary rate unilaterally determined by Cigna Health—rather than a payment amount made pursuant to a negotiated and mutually agreed-upon fee schedule under a network agreement.

55.     While Cigna Health reprocessed Sarasota Memorial's services as described under Cigna Health's purported "work-around process," Cigna Health, and/or at times Cigna Health and Private Plan Sponsors, refused to pay the difference between the out-of-network rate required under Florida and Federal law and the De Minimis Amount paid by Cigna Health.

56.     Under Cigna Health's implemented work-around process, Cigna Health issues an initial "Explanation of Direct Deposit Activity Report" ("EODD") paying Sarasota Memorial's Emergency Services at the alleged out-of-network reimbursement rate calculated by Cigna Health (which results in an amount lower than Sarasota Memorial's billed charges).

57.     Then, Cigna Health issues a subsequent "Provider Explanation of Medical Benefits Report" ("PEOB") reprocessing the same Emergency Services at a purported "in-network" rate, which results in the De Minimis Amount—far lower than the out-of-network rate initially calculated by Cigna Health.

58.     Cigna Health's unfair and deceptive practices, at times undertaken with the knowledge of and/or in cooperation with, Private Plan Sponsors, surrounding the "work-around process" has resulted in damages to Sarasota Memorial.

### iii. Cigna Health deceptively and falsely informed Cigna Private Self-Insured Members that Cigna Health and Private Plan Sponsors would "pay the difference" between the out-of-network and "in-network" amount

59.     Neither Cigna Health nor Private Plan Sponsors "pay the difference" between the out-of-network rate for Sarasota Memorial's Emergency Services and Cigna Health's purported "in-network" rate as Cigna Health and Private Plan Sponsors misrepresented (rather, Cigna Health pays, and/or at times undertakes with the knowledge of and/or in cooperation with, Private Plan Sponsors to pay, the De Minimis Amount).

60.     As illustrated in a September 22, 2020 pamphlet distributed to Plan Sponsor A's[8] group health plan participants and their beneficiaries, Cigna Health and Private Plan Sponsors falsely promised to reimburse Sarasota Memorial and Cigna Private Self-Insured Members for the difference between the out-of-network rate for Sarasota Memorial's services and Cigna Health's reprocessed purported "in-network" rate as follows:

> [Sarasota Memorial] and First Physicians Group became "out-of-network" with Cigna . . . . ***Therefore, we are pleased to announce that we will work with Cigna to re-process all [Sarasota Memorial]/First Physicians Group claims (since May 1st) as in-network and [Plan Sponsor A] will pay the difference*** . . . .
>
> We've developed the enclosed "[Plan Sponsor A] Sarasota" flyer for you to give to your provider to assist with the process and encourage them to process any claims as in-network and bill you accordingly. However, if you have a physician who insists on payment up-front, please know that we have a dedicated team at Cigna who will capture all [Sarasota Memorial]/First Physician Group claims on a monthly basis and re-submit to your provider as in-network so that you may be refunded accordingly . . . .
>
> Please note that Cigna is still technically considered out-of-network with [Sarasota Memorial] and First Physicians Group. However, . . . we have simply created a work-around process where Cigna will re-process the claims and we will pay any difference.

Exhibit A (emphasis in original).

61.     As Cigna Health and Plan Sponsor A's letter illustrates, Cigna Health induced, assisted, and/or advised Plan Sponsor A and other Private Plan Sponsors, in preparing and distributing substantively similar misrepresentations regarding Cigna Health and Private Plan Sponsors' false promise to "pay the difference" between the amount owed for Sarasota Memorial's out-of-network emergency services and care and the purported "in-network" amount paid by Cigna Health.  *See id.*  Furthermore, Cigna Health directed Private Plan Sponsors and/or Cigna Private

---

[8] For the purposes of this Amended Complaint, "Plan Sponsor A" is a pseudonym for the Private Plan Sponsor, whose letterhead and officer's signature appears redacted on the referenced and quoted Plan Sponsor A's September 22, 2020 Pamphlet (attached and hereinafter referred to as "**Exhibit A**").

14

Self-Insured Members to provide the same letters and flyers to Sarasota Memorial providers to encourage Sarasota Memorial providers to process and bill any claims as "in-network." *See id.*

62.     In practice, Cigna Health and Private Plan Sponsors avoid any responsibility for paying the difference between the out-of-network amounts required under Florida and Federal law and the De Minimis Amount paid by Cigna Health.  Rather, Cigna Health and Private Plan Sponsors seek to force Sarasota Memorial to accept the De Minimis Amount unilaterally set by Cigna Health, as exhibited by a January 1, 2021 letter that Cigna Health, on behalf of Plan Sponsor B,[9] addressed to Sarasota Memorial:

> Cigna does not have an Open Access Plus contract with Sarasota Memorial or their Associated Providers. However, Sarasota Memorial and Associated Providers medical claims will be processed at the in-Network Benefit Level for all [Plan Sponsor B] employees and/or dependents covered under Cigna medical plans.

Exhibit B.

63.     Cigna Health and Private Plan Sponsors' payment of only the De Minimis Amount and their refusal to pay the difference between the out-of-network reimbursement amount as obligated by Florida law and Cigna Health's arbitrary purported "in-network" payment amount put Cigna Private Self-Insured Members at risk of balance billing during the Pre-NSA Non-Par Period to the extent permitted by law.

64.     Cigna Health and Private Plan Sponsors' misrepresentations of Sarasota Memorial's network status has resulted in damages to Sarasota Memorial.

65.     As a direct result of Cigna Health and Private Plan Sponsors' unfair and deceptive practices, Sarasota Memorial has suffered damages.

---

[9] For the purposes of this Amended Complaint, "Plan Sponsor B" is a pseudonym for the Private Plan Sponsor, on whose behalf Cigna Health sent Sarasota Memorial the referenced and quoted Cigna Health's January 1, 2021 Letter (attached and hereinafter referred to as "**Exhibit B**").

## V.  CAUSES OF ACTION

### COUNT I

### VIOLATION OF FLA. STAT. § 641.513(5) BY CIGNA FLORIDA – IMPROPER UNDERPAYMENT FOR EMERGENCY SERVICES AND CARE PROVIDED TO CIGNA HMO MEMBERS

66.     Sarasota Memorial realleges and reasserts the allegations contained in Paragraphs 1 through 65 as if fully set forth herein.

67.     During the Non-Par Period, Sarasota Memorial provided emergency services and care to evaluate, relieve, or eliminate the emergency medical conditions of Cigna HMO Members.

68.     At all times during the Non-Par Period, Sarasota Memorial and Cigna Florida did not have a written network agreement nor did the parties come to a mutually agreed upon reimbursement amount for emergency services and care.

69.     Therefore, Fla. Stat. § 641.513 sets forth Cigna Florida's obligation to compensate and reimburse Sarasota Memorial for out-of-network emergency services and care provided to evaluate, relieve, or eliminate the emergency medical condition, by paying the lesser of the provider's charges, the usual and customary charges for such services in the community where the services were provided, or the charge mutually agreed upon by the health maintenance organization and the provider within 60 days of the submittal of the claim.  *See* Fla. Stat. § 641.513(3)(a), (5).

70.     Sarasota Memorial and Cigna Florida did not mutually agree upon a payment pursuant to Fla. Stat. § 641.513(5)(c).

71.     Cigna Florida received Sarasota Memorial's claims for payment, adjudicated the claims, and paid the claims using a rate determined solely by Cigna Florida.

72.     Cigna Florida breached its obligations under law, including, without limitation, Fla. Stat. § 641.513 by underpaying Sarasota Memorial for emergency services and care provided to Cigna HMO Members to relieve or eliminate emergency medical conditions.

73.     Cigna Florida did not pay Sarasota Memorial its full billed charges (or the maximum amount) required under Fla. Stat. § 641.513(5).  Therefore, Cigna Florida has violated Fla. Stat. § 641.513(3)(a), (5) by underpaying Sarasota Memorial for emergency services and care.

74.     As a direct and proximate result of Cigna Florida's underpayment of emergency services and care, Sarasota Memorial has suffered damages, which are ongoing.

75.     Cigna Florida's health plan identification cards for its Cigna HMO Members appear to use the acronym "HMO" when the health plan is a self-funded plan and is not used by a licensed HMO as required by law.  *See* Fla. Stat. § 641.21.[10]

76.     By way of example, with regard to Cigna Florida underpaying, Sarasota Memorial provides the following:

---

[10] "Before any entity may operate a health maintenance organization, it shall obtain a certificate of authority from the office. The office shall accept and shall begin its review of an application for a certificate of authority anytime after an organization has filed an application for a health care provider certificate pursuant to part III of this chapter."  Fla. Stat. § 641.21(1).

"After submission of the application for a certificate of authority, the entity may engage in initial group ***marketing activities*** . . . so long as it does not enter into, issue, deliver, or otherwise effectuate health maintenance contracts, effectuate or bind coverage or benefits, provide health care services, or collect premiums or charges until it has been issued a certificate of authority by the office. ***Any such activities, oral or written, shall include a statement that the entity does not possess a valid certificate of authority and cannot enter into health maintenance contracts until such time as it has been issued a certificate of authority by the office.***"  Fla. Stat. § 641.21(2) (emphasis added).

Front                                                    Back



77.     Cigna Florida's records will confirm which persons are members of a licensed HMO such that Sarasota Memorial can prepare a preliminary damages estimate spreadsheet for such population.

WHEREFORE, Sarasota Memorial respectfully requests that this Honorable Court enter judgment for damages in its favor and against Cigna Florida, awarding the following: (i) compensatory damages; (ii) pre-judgment interest as 12% per annum pursuant to Florida Statutes § 641.3155, and post judgment interest as provided by Florida law; (iii) taxable costs and expenses; and (iv) provide such other and further relief the Court deems necessary and equitable.

## COUNT II

**VIOLATION OF FLA. STAT. § 627.64194(4) BY CIGNA HEALTH – IMPROPER UNDERPAYMENT FOR EMERGENCY SERVICES AND CARE PROVIDED TO CIGNA CHAPTER 627 MEMBERS**

78.     Sarasota Memorial realleges and reasserts the allegations contained in Paragraphs 1 through 65 as if fully set forth herein.

79.     During the Non-Par Period, Sarasota Memorial provided emergency services and care to evaluate, relieve, or eliminate the emergency medical conditions of Cigna Chapter 627 Members.

18

80.     At all times during the Non-Par Period, Sarasota Memorial and Cigna Health did not have a written network agreement nor did the parties come to a mutually agreed upon reimbursement amount for emergency services and care.

81.     Therefore, Fla. Stat. § 627.64194(4) sets forth Cigna Health's obligation to compensate and reimburse Sarasota Memorial for out-of-network emergency services and care provided to evaluate, relieve, or eliminate the emergency medical condition, by paying the lesser of the: "the provider's charges; the usual and customary provider charges for similar services in the community where the services were provided; or the charge mutually agreed upon by the [payor] and the provider within 60 days of the submittal of the claim." Fla. Stat. § 641.513(5); *see also* Fla. Stat. § 627.64194(4) (referencing Fla. Stat. § 641.513(5) for the reimbursement methodology of out-of-network emergency services and care).

82.     Sarasota Memorial and Cigna Health did not mutually agree upon a charge pursuant to Fla. Stat. § 641.513(5)(c).

83.     Cigna Health received Sarasota Memorial's claims for payment, adjudicated the claims, and paid, or caused plans sponsors of Chapter 627 Plans to pay, the claims using a rate determined solely by Cigna Health.

84.     Cigna Health did not pay, or caused plans sponsors of Chapter 627 Plans to pay, Sarasota Memorial less than its full billed charges (or the maximum amount) required under Fla. Stat. § 627.64194.  Therefore, Cigna Health has violated Fla. Stat. §§ 627.64194(2), (4), and 641.513(5), by underpaying, or causing plan sponsors of Chapter 627 Plans to underpay, Sarasota Memorial for emergency services and care.

85.     As a direct and proximate result of Cigna Health or Chapter 627 Plans' underpayment of emergency services and care, Sarasota Memorial has suffered damages, which are ongoing.

86.     By way of example, with regard to Cigna Health underpaying Sarasota Memorial provides the following:

**Example No. 1**

a.   A Cigna Chapter 627 Member presented to Sarasota Memorial with a Plan Sponsor C[11] group health plan card, which stated "Administered By Cigna Health" on the front of the card and directed claims be sent to Cigna's general mailing address for medical claims at P.O. Box 182223, Chattanooga, TN 37422-7223, on the back of the card. Exhibit C, 1; *see Contact Us*, CIGNA.COM, https://www.cigna.com/contact-us/ (last visited Jan. 3, 2023).

b.   Sarasota Memorial provided emergency services to the Cigna Chapter 627 Member on February 10, 2021, and Sarasota Memorial billed $9,845.28 for its emergency services. Exhibit C, 4-5.

c.   On Cigna Health's March 6, 2021 explanation of benefits, Cigna Health paid Sarasota Memorial $1,572.50, or 15.97% of Sarasota Memorial's billed charges, and assigned $393.14 as the coinsurance amount payable by the Cigna Chapter 627 Member. *Id.*

d.   Under Fla. Stat. § 627.64194, Cigna Health was required to pay Sarasota Memorial at its full billed charges (or the maximum amount) required under Fla. Stat. § 627.64194.

---

[11] For the purposes of this Amended Complaint, "Plan Sponsor C" is a pseudonym for the Florida county governmental plan sponsor of the Self-Insured Chapter 627 Plan administered by Cigna Health. Redacted copies of the Plan Sponsor C plan card presented to Sarasota Memorial and the associated explanation of benefits are attached and hereinafter referred to as "**Exhibit C.**"

    e.  By breaching its obligation to pay Sarasota Memorial's full billed charges (or the maximum amount) required under Fla. Stat. § 627.64194, Sarasota Memorial has been damaged as it received $1,572.50, or 15.97% of Sarasota Memorial's billed charges, instead of payment equal to Sarasota Memorial's full billed charges (or the maximum amount) required under Fla. Stat. § 627.64194.  *See id.*

**Example No. 2**

    a.  A Cigna Chapter 627 Member presented to Sarasota Memorial with a Cigna Health fully insured group health insurance and/or plan card, which directed claims be sent to Cigna's general mailing address for medical claims at P.O. Box 182223, Chattanooga, TN 37422-7223, on back of the card.[12]  Exhibit D, 1; *see Contact Us*, CIGNA.COM, https://www.cigna.com/contact-us/ (last visited Jan. 3, 2023).

    b.  Sarasota Memorial provided emergency services to the Cigna Chapter 627 Member from November 16, 2021, through November 18, 2021, and Sarasota Memorial billed $35,419.88 for its emergency services.  Exhibit D, 4-6.

    c.  On Cigna Health's January 15, 2022 explanation of benefits, Cigna Health denied Cigna Chapter 627 Member's claim for coverage of out-of-network emergency services.  Instead of paying Sarasota Memorial's full billed charges (or the maximum amount) required under Fla. Stat. § 627.64194, Cigna Health paid Sarasota Memorial $0.00 and assigned $35,419.88 as the balance payable by the Cigna Chapter 627 Member.  *Id.*

    d.  Cigna Health's explanation of benefits provides only the following note to explain why Sarasota Memorial's emergency services provided to Cigna Chapter 627 Member were

---

[12] Redacted copies of the referenced Cigna Health insurance card presented to Sarasota Memorial and the associated explanation of benefits are attached and hereinafter referred to as "**Exhibit D**."

denied, "CUSTOMER: YOUR PLAN WON'T PAY FOR THIS SERVICE UNLESS YOU GO TO A HEALTH CARE PROFESSIONAL IN CIGNA'S NETWORK." *Id.* at 6.

e.   Cigna Health's explanation of benefits defies the statutory obligations to pay for the services rendered. Instead, Cigna Health paid nothing for Sarasota Memorial's emergency services despite being required to pay Sarasota Memorial's provision of out-of-network emergency services at its full billed charges (or the maximum amount) required under Fla. Stat. § 627.64194. *See id.*

f.   By breaching its obligation to pay Sarasota Memorial at its full billed charges (or the maximum amount) required under Fla. Stat. § 627.64194, Sarasota Memorial has been damaged as Cigna Health paid no amount of Sarasota Memorial's billed charges, much less an amount equal to Sarasota Memorial's full billed charges (or the maximum amount) required under Fla. Stat. § 627.64194. *See id.*

87.   For calculation of damages purposes, Sarasota Memorial's preliminary identification of Cigna Chapter 627 Members are set forth in the Damages Estimate Spreadsheet that will be provided to opposing counsel and not in the public file because the spreadsheet contains protected health information.

WHEREFORE, Sarasota Memorial respectfully requests that this Honorable Court enter judgment for damages in its favor and against Cigna Health awarding the following: (i) compensatory damages; (ii) pre-judgment interest as 12% per annum pursuant to Fla. Stat. § 627.6131(7), and post judgment interest as provided by Florida law; (iii) taxable costs and expenses; and (iv) provide such other and further relief the Court deems necessary and equitable.

## COUNT III

### VIOLATION OF FLA. STAT. § 501.201 *et seq.*, FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT ("FDUTPA") BY CIGNA HEALTH

88.     Sarasota Memorial realleges and reasserts the allegations contained in Paragraphs 1 through 65 as if fully set forth herein.

89.     During the Pre-NSA Non-Par Period, Cigna Health engaged in deceptive or unfair acts or practices in the conduct of its trade or commerce by: (i) failing to use the correct methodology in calculating reimbursement; (ii) unilaterally implementing a "work-around process" that purports to treat Sarasota Memorial claims as "in-network," without a written network agreement; and (iii) causing, and/or at times undertaking with the knowledge of and/or in cooperation with, Private Plan Sponsors to improperly underpay Sarasota Memorial the De Minimis Amount despite promising to "pay the difference" between the amount owed for Sarasota Memorial's out-of-network emergency services and care and an arbitrary purported "in-network" amount paid by Cigna Health.

90.     FDUTPA prohibits "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce."  Fla. Stat. § 501.204(1).

91.     Sarasota Memorial is a "consumer" engaged in "trade or commerce" within the meaning of FDUTPA.  Fla. Stat. § 501.203(7), (8).

92.     Cigna Health engaged, and/or at times undertook with the knowledge of and/or in cooperation with, Private Plan Sponsors, in "trade or commerce" within the meaning of FDUTPA. Fla. Stat. § 501.203(8).

93.     Cigna Health's deceptive and unfair practices, at time undertaken with the knowledge of and/or in cooperation with, Private Plan Sponsors, resulted in underpayments to Sarasota Memorial and misled Cigna Private Self-Insured Members to their detriment.

94.     Cigna Health's actions, at times undertaken with the knowledge of and/or in cooperation with, Private Plan Sponsors, are the legal cause of actual damages sustained during the Pre-NSA Non-Par Period because Cigna Health underpaid Sarasota Memorial for the out-of-network emergency services and care provided to Cigna Private Self-Insured Members.

95.     Cigna Health's actions, at times undertaken with the knowledge of and/or in cooperation with, Private Plan Sponsors, were unethical, unscrupulous, and/or substantially injurious to Sarasota Memorial.  Further, Cigna Health's actions, at times with knowledge of and/or in cooperation with, Private Plan Sponsors, offend public policy by knowingly and fraudulently portraying Sarasota Memorial, to the general public and Cigna Private Self-Insured Members, as an "in-network" provider when Sarasota Memorial was actually an "out-of-network" provider.  Cigna Health caused, and/or at times undertook with the knowledge of and/or in cooperation with, Private Plan Sponsors to unlawfully underpay Sarasota Memorial by, in part, deceiving Cigna Health's own Private Self-Insured Members as to Cigna Health and Private Plan Sponsors' access to in-network treatment of services from Sarasota Memorial, and then purporting to pay the difference between the amount owed for Sarasota Memorial's out-of-network services and care and the arbitrary purported "in-network" amount.  In reality, however, Private Plan Sponsors merely paid the De Minimis Amount.

96.     Cigna Health ultimately did not only fail to pay the amounts owed to Sarasota Memorial for out-of-network emergency services and care, it did not even pay the purported "in-network" amounts.  Rather, Cigna Health's payment of the De Minimis Amount resulted in Cigna

Private Self-Insured Members facing large balance bill amounts.  Cigna Health well knew such shifting of costs to patient responsibility amounts further damaged Sarasota Memorial as patients generally do not have the means to pay such shifted cost amounts.

97.    Cigna Health's deceptive and unfair scheme, at times undertaken with the knowledge of and/or in cooperation with, Private Plan Sponsors, caused substantial injury to Sarasota Memorial.

98.    By way of example, with regard to Cigna Health causing, and/or at times undertaking with the knowledge of and/or in cooperation with, Private Plan Sponsors to unlawfully underpay Sarasota Memorial provides the following:

**Example No. 1**

a.  A Cigna Private Self-Insured Member presented to Sarasota Memorial with a Plan Sponsor E[13] group health plan card, which stated "Administered by Cigna Health" on the front of the card and directed medical claims be sent to P.O. Box 188061, Chattanooga, TN 37422-8061, a Cigna mailing address for receiving medical claims, on the back of the card.  Exhibit E, 1; *see Quick Guide to Cigna ID Cards*, CIGNA.COM, https://www.cigna.com/assets/docs/health-care-professionals/591795_v_ID_Card_Brochure_v9_Final.pdf (last visited Jan. 3, 2023) (sample Cigna health plan identification cards providing the same P.O. box address for medical claim submissions).

b.  Sarasota Memorial provided emergency services to the Cigna Private Self-Insured Member from March 21, 2021, through March 23, 2021, and Sarasota Memorial billed $91,742.55 for its emergency services.  Exhibit E, 7-9.

---

[13] For the purposes of this Amended Complaint, "Plan Sponsor E" is a pseudonym for the Private Plan Sponsor of the referenced Private Self-Insured Plan administered by Cigna Health.  Redacted copies of the Plan Sponsor E plan card presented to Sarasota Memorial and the associated remit advice are attached and hereinafter referred to as "**Exhibit E**."

c. By implementing its fraudulent and unfair practices described in this Amended Complaint, Cigna Health caused, and/or undertook with the knowledge of and/or in cooperation with, Plan Sponsor E to improperly underpay Sarasota Memorial the De Minimis Amount.

d. On Cigna Health's May 7, 2021 explanation of benefits, Cigna Health paid Sarasota Memorial $12,734.93, or 13.88% of Sarasota Memorial's billed charges, assigned $7,601.12 as the Cigna Private Self-Insured Member's patient responsibility amount (coinsurance amount and copay/deductible amount), and directed Sarasota Memorial to bill the Cigna Private Self-Insured Member for the remaining balance of $79,007.62 that Cigna Health and Plan Sponsor E did not pay. *Id.*

e. Cigna Health and Private Plan Sponsor E's payment of only the De Minimis Amount and their refusal to pay the difference between the out-of-network reimbursement amount as obligated by Florida law and Cigna Health's arbitrary purported "in-network" payment amount put Plan Sponsor E's Cigna Private Self-Insured Member at risk of balance billing during the Pre-NSA Non-Par Period to the extent permitted by law.

f. Cigna Health's reduction of Sarasota Memorial's billed charges by $71,406.50 as the "Amount Not Covered" is deceptive and improper, because the coverage of Sarasota Memorial's emergency services was never in dispute. Rather, Cigna's "Amount Not Covered" is a reduction in the payment amount Cigna Health will pay Sarasota Memorial for the covered emergency services rendered to Plan Sponsor E's Cigna Private Self-Insured Member.

g.  As a direct result of Cigna Health and Private Plan Sponsor E's unfair and deceptive practices, Sarasota Memorial has suffered damages as follows: Sarasota Memorial has been damaged as it received $12,734.93, or 13.88% of Sarasota Memorial's billed charges.  *See id.*

**Example No. 2**

a.  A Cigna Private Self-Insured Member presented to Sarasota Memorial with a Plan Sponsor F[14] group health plan card, which stated "Administered By Cigna Health" on the front of the card and directed claims be sent to Cigna's general mailing address for medical claims at P.O. Box 182223, Chattanooga, TN 37422-7223, on the back of the card.  Exhibit F, 1; *see Contact Us*, CIGNA.COM, https://www.cigna.com/contact-us/ (last visited Jan. 3, 2023).

b.  Sarasota Memorial provided emergency services to the Cigna Private Self-Insured Member on May 17, 2021, and Sarasota Memorial billed $13,134.77 for its emergency services.  Exhibit F, 7-8.

c.  By implementing its fraudulent and unfair practices described in this Amended Complaint, Cigna Health caused, and/or undertook with the knowledge of and/or in cooperation with, Plan Sponsor F to improperly underpay Sarasota Memorial the De Minimis Amount.

d.  On Cigna Health's May 27, 2021 explanation of benefits, Cigna Health paid Sarasota Memorial $2,508.45, or 19.10% of Sarasota Memorial's billed charges, assigned

---

[14] For the purposes of this Amended Complaint, "Plan Sponsor F" is a pseudonym for the Private Plan Sponsor of the referenced Private Self-Insured Plan administered by Cigna Health.  Redacted copies of the Plan Sponsor F plan card presented to Sarasota Memorial and the associated remit advice are attached and hereinafter referred to as "**Exhibit F**."

$250.00 was the "Deduct/Copay Amount" payable by the Cigna Private Self-Insured Member. *Id.* at 7-8, 10.

e.  Cigna Health and Private Plan Sponsor F's payment of only the De Minimis Amount and their refusal to pay the difference between the out-of-network reimbursement amount as obligated by Florida law and Cigna Health's arbitrary purported "in-network" payment amount put Plan Sponsor F's Cigna Private Self-Insured Member at risk of balance billing during the Pre-NSA Non-Par Period to the extent permitted by law.

f.  Cigna Health's reduction of Sarasota Memorial's billed charges by $10,376.32 as the "Not Covered/Discount Amount" is deceptive and improper, because the coverage of Sarasota Memorial's emergency services is not in dispute and neither Cigna Health nor Plan Sponsor F was entitled to a contractual or other discount as Sarasota Memorial was out-of-network with Cigna Health. Therefore, Sarasota Memorial was unable to ascertain or dispute Cigna Health's reduction of payment under the "Not Covered/Discount Amount."

g.  As a direct result of Cigna Health and Plan Sponsor F's unfair and deceptive practices, Sarasota Memorial has suffered damages as follows: Sarasota Memorial has been damaged as it received $2,508.45, or 19.10% of Sarasota Memorial's billed charges. *See id.*

99.   The misrepresentations by Cigna Health, at times undertaken with the knowledge of and/or in cooperation with, Private Plan Sponsors, were of no benefit to consumers or consumers. All parties involved were harmed except for Cigna Health.

100.    Sarasota Memorial could not have reasonably avoided the injury because Cigna Health's actions, at times undertaken with the knowledge of and/or in cooperation with, Private Plan Sponsors, were out of Sarasota Memorial's control and Sarasota Memorial was required ethically and legally to provide emergency services and care to Cigna Private Self-Insured Members.

101.    Cigna Health, and/or at times Private Plan Sponsors, knew or should have known that its conduct violated FDUTPA.

102.    During the Pre-NSA Non-Par Period, Sarasota Memorial suffered damages as a result of Cigna Health's deceptive and unfair practices.

WHEREFORE, Sarasota Memorial respectfully requests that this Honorable Court enter judgment for damages in its favor and against Cigna Health awarding the following: (i) compensatory damages; (ii) pre-judgment interest and post judgment interest as provided by Florida law; (iii) attorney's fees; (iv) taxable costs and expenses; and (v) provide such other and further relief the Court deems necessary and equitable.

## DEMAND FOR JURY

Sarasota Memorial requests a trial by jury on all issues so triable.

Respectfully submitted,

ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, 33134
Tel:  (305) 444-5565
Fax:  (305) 444-8588

By:  _/s/ Leon N. Patricios_
         Joseph I. Zumpano
         Florida Bar No. 56091
         Leon N. Patricios
         Florida Bar No. 12777

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed Florida Courts E-Filing Portal, which will serve on all counsel of record via the Court's e-service system on this 10th day of January, 2023.

**ZUMPANO PATRICIOS, P.A.**
312 Minorca Avenue
Coral Gables, FL 33134
Tel: (305) 444-5565
Email: jzumpano@zplaw.com
      lpatricios@zplaw.com
      kwolkenfeld@zplaw.com
      mespino@zplaw.com


By: <u>/s/ *Leon N. Patricios*</u>
    Joseph I. Zumpano, Esq.
    Florida Bar No. 56091
    Leon N. Patricios, Esq.
    Florida Bar No. 12777
    Kevin S. Wolkenfeld, Esq.
    Florida Bar No. 1029865
    Matthew A. Espino, Esq.
    Florida Bar No. 1023681

# **EXHIBIT A**

███████████████████████████████████████████████████

September 22, 2020

████████████
████████████████████

RE:    Sarasota area Cigna enrollees

Dear ████████

As you know, Sarasota Memorial Hospital (SMH) and First Physicians Group were in active negotiations with Cigna since last year. Unfortunately, they could not reach a resolution and as a result SMH and First Physicians Group became "out-of-network" with Cigna on April 30th. We know that SMH is a HUGE health provider in our local area and that many of you have long, established relationships within First Physicians Group, so we have been actively working on a solution behind the scenes. While SMH and Cigna are back at the negotiation table (and we're hoping for a positive outcome), we also know that these things take time and we don't want your healthcare to be compromised in the meantime. ***Therefore, we are pleased to announce that we will work with Cigna to re-process all SMH/First Physicians Group claims (since May 1st) as in-network and*** ████████████ ***will pay the difference.*** We will continue this process through the end of 2021 or until Cigna and SMH resolve their dispute...whichever comes first.

We've developed the enclosed ████████████████████ flyer for you to give your provider to assist with the process and encourage them to process any claims as in-network and bill you accordingly. However, if you have a physician who insists on payment up-front, please know that we have a dedicated team at Cigna who will capture all SMH/First Physicians Group claims on a monthly basis and re-submit to your provider as in-network so that you may be refunded accordingly. Already went to a SMH affiliated physician after May 1st? No worries – our Cigna team is already in the process of re-submitting any claims that were incurred after May 1st so that your provider can issue a refund.

Please note that Cigna is still technically considered out-of-network with SMH and First Physicians Group. However, your health remains a top priority for us so we have simply created a work-around process where Cigna will re-process the claims and we will pay any difference. The attached documents were developed to provide more detail and assist with any conversations with your physician's office. Questions can also be directed to 800-CIGNA-24, where they have established a dedicated ████████ team to assist with this process.

In good health,

████████

████████████████████
Chief People Officer
████████████████████

Enclosures

███████████████████████████████████████████████████



## Network update regarding Sarasota Memorial Health (SMH)/First Physicians Group

As you may know, Sarasota Memorial Health (SMH) left the Cigna network on May 1, 2020. As a result, they are no longer considered an in-network provider. We realize the impact this has had on our Sarasota employees and their families and have been working on a solution while SMH and Cigna continue their negotiations.

In the meanwhile, we are pleased to announce that effective immediately, ▇▇▇▇ **medical plans will now offer coverage for SMH as an in-network provider.** This update will also apply to any SMH hospital and/or physician claims that were processed as out-of-network after May 1, 2020.

SMH and First Physicians Group are still considered out-of-network with Cigna. We have simply established a work-around process in order to still cover employee claims as if they were in-network. Please read the information below carefully for details on how any hospital facility or physician claims related to SMH will be processed going forward.

### The Process:

- A covered employee or dependent visits a Sarasota Memorial affiliated physician or facility.
- The medical provider files the claim with Cigna through the normal claim filing channel.
- Cigna will generate an initial Explanation of Benefits (EOB) that will show the claim as out-of-network with member deductible/coinsurance responsibility.

### The ▇▇▇▇ Solution:

- A dedicated ▇▇▇▇ team at Cigna will pull claim reports on a monthly basis and will reprocess any SMH facility and physician claims at the in-network benefit level.
- An updated EOB from Cigna will be generated reflecting your updated responsibility under the in-network benefit.
  - » If the provider bills for an amount over what the new EOB states as your in-network responsibility, you can send them a copy of the revised, new EOB reflecting the in-network member responsibility. (They will also receive a copy from Cigna). It is best to be proactive and prepared so we recommend pulling a copy of the EOB for yourself.
- Any claims incurred at a SMH facility or physician after May 1, 2020 that have processed at the out-of-network level will automatically be reprocessed as in-network.
  - » Please allow 60 days for claims to reprocess and for updated EOBs to generate.
  - » If you have paid at the out-of-network level of benefit, provide your new EOB to your provider and contact them directly for a refund.

All EOBs can be found online at **www.mycigna.com** or through the myCigna app.

If you have any questions about updated claims, please call **800.CIGNA 24 (800.244.6224)**.



## Communicating with Sarasota Memorial/First Physicians Group

**Please print this document prior to your visit at a Sarasota Memorial affiliated physician or facility. You can provide it to the billing/insurance department and/or use it to assist in your discussion.**

Sarasota Memorial Hospital and First Physicians Group are still considered out-of-network with Cigna. However, ██████████ has established a work-around process in order to still cover employee claims as if they were in-network.

If your provider tries to redirect you claiming they no longer accept Cigna, advise them:

- Your plan has out-of-network benefits and you can see any provider you choose.

- ██████████ has an administrative process to cover Sarasota Memorial/First Physicians Group as if they were an in-network provider. This can be verified with Cigna by calling customer service at 800.244.6224. A "service alert" has been placed in the Cigna system to notify them of the change.

We suggest that Sarasota Memorial/First Physicians not collect full payment at the time of service (other than the copay for office services on the two Cigna OAP plans), allowing for Cigna to make their payment and adjustment.

If the facility or physician requires full payment up front, you may need to pay and then request a refund after Cigna reprocesses your claim at the in-network level of benefits. You will receive an updated Explanation of Benefits (EOB) that reflects your new in-network responsibility. Please provide this to your physician when requesting your refund.

All EOBs can be found online at **www.mycigna.com** or through the myCigna app.

# EXHIBIT B

January 1, 2021



Re: 

To Sarasota Memorial Hospital and Associated Providers,

█████ Group Health Plan medical claims will be paid at the In-Network benefit level for the plan year beginning January 1, 2021.

At this time, Cigna does not have an Open Access Plus contract with Sarasota Memorial or their Associated Providers. However, Sarasota Memorial and Associated Providers medical claims will be processed at the In-Network Benefit Level for all █████ employees and/or dependents covered under Cigna medical plans.

### Call us anytime at 800.Cigna24 (800.244.6224)

If you have any questions or concerns about your health plan, we're here to help, 24/7/365. For TRS or TTY services, dial 711 when you call. We offer interpreter services at no cost to you.

Wishing you a healthy 2021,

Cigna

All Cigna products and services are provided exclusively by or through operating subsidiaries of Cigna Corporation, including Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., and HMO or service company subsidiaries of Cigna Health Corporation. The Cigna name, logo, and other Cigna marks are owned by Cigna Intellectual Property, Inc.

Cat #862245 Hub 3/18 © 2018 Cigna. Some content may be provided under license.

Case 8:23-sv-00263-KKM-TGW   Document 1-1   Filed 02/07/23   Page 38 of 81 PageID 52

# EXHIBIT C

# Temporary proof of coverage

## Medical ID Card

Please note: Temporary proof of coverage may not contain all the information on the actual ID card and they expire in 14 days or on the member's current coverage termination date.

**Front**

**Back**



Administered By Cigna Health and Life Insurance Co.

Coverage Effective Date: 01/01/2021

Group:

Issuer (80840)

ID:

Name:

RxBIN
RxGroup

Network Savings Program

NMCWEBC

**Open Access Plus**

No Referral Required

| | |
|---|---|
| PCP Visit | 20% |
| Specialist | 20% |
| Hospital ER | 20% |
| Urgent Care | 20% |
| Allergy Inj | $5 |
| Rx | $10/25/50 |
| Network Coinsurance: | |
| In | 80%/20% |
| Out | 50%/50% |

**WWW.CIGNA.COM**

You may be asked to present this card when you receive care. The card does not guarantee coverage. You must comply with all terms and conditions of the plan. Willful misuse of this card is considered fraud.

INPATIENT ADMISSION AND OUTPATIENT PROCEDURES:

Your Network provider must call the toll-free number listed below to pre-certify the above services. Refer to your plan documents for your pre-certification requirements. Failure to do so may affect benefits. In an emergency, seek care immediately, then call your primary care doctor as soon as possible for further assistance and directions on follow-up care within   48   hours.

For Cigna Vision call 1-877-478-7557; Claims to: P.O. Box 385018, Birmingham, AL 35238-5018

Send Claims to:

P.O. Box 182223, Chattanooga, TN 37422-7223

**Customer Service:1-800-244-6224**

We encourage you to use a PCP as a valuable resource and personal health advocate.

AWAY FROM HOME CARE

Cigna Health and Life Insurance Company
CHATTANOOGA CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN  37422-7223



Provider Number:
596012500   0108

Date Created:
03/06/2021

Remittance Tracking Number:
210306090024055

Retain This Statement For Your Records :

SARASOTA MEML HSP
PO BOX 863413
ORLANDO FL  32886-3413

**How to Contact Us**

★ **Mail to the return address in upper left corner of this page**

↑ **Phone:  (800) 244-6224**

---

## *Explanation of Direct Deposit*

### *Understanding this Benefits Statement*

➲This page is a summary of the medical plan, CIGNA Choice Fund Health Reimbursement Account (HRA),CIGNA Choice Fund Health Savings Account (HSA) and Flexible Spending Account (FSA) payments made this period.

➲The accompanying pages give more detail on the claims we processed for this period. Please review both the front and back of each page to see how the benefit amounts in the Provider Explanation of Direct Deposit Activity Report were determined.

### *In the event a claim is denied......*

### *Rights of Review and Appeal* - **For Physician or Health Care Provider**

➲If you have questions or disagree with the payment identified on this Explanation of Direct Deposit Activity Report, you may ask to have it reviewed.

➲If you have a contractual agreement with CIGNA HealthCare, please refer to the procedural guidelines associated with your CIGNA HealthCare contract, or call our office for assistance.

### *Federal Rights of Review and Appeal* - **For Employee**

Call Member Services at the toll free number on this Explanation of Benefits (EOB) or your ID card if you have questions regarding this EOB.

If you're not satisfied with this coverage decision, you can start the Appeal process by submitting a written request to the address listed in your plan materials within 180 days of receipt of this EOB (unless a longer time is permitted by state law or your plan). Send a copy of this EOB along with any relevant additional information (e.g. benefit documents, clinical records) which helps to demonstrate that your claim is covered under the plan. Contact Member Services if you need further instructions on how and where to send your request for review.

Be sure to include your 1) Name, 2) Operation Location/Group Number, 3) Employee/Patient ID number, 4) Name of the patient and relationship, and 5) "Attention: Appeals Unit" on all supporting documents.

You are entitled to receive free upon request access to , and copies of, all documents, records and other information relevant to your claim for benefits.

You will be notified of the final decision in a timely manner, as described in your plan materials. If your plan is governed by ERISA, you also have the right to bring legal action under section 502(a) of ERISA following our review.

---

| Remittance Tracking Number | Direct Deposit Date |
|---|---|
| 210306090024055 | 20210310 |

**Deposited For:** SARASOTA MEML HSP

*Advice of Deposit*
*Non-Negotiable*

**Direct Deposit Amount** $ | 34,866.68

---

G2786E  10-27-2017  PROCLAIM Medical Provider EFT - CCF HSA/HRA/FSA

## *Definitions of terms used on the Explanation of Deposit Activity Report section of this statement*

| | |
|---|---|
| **Line:** | Line item number. |
| **Procedure Date:** | Date you provided the service. |
| **Procedure Code:** | Code describing the service provided. |
| **Adjusted Procedure Code:** | Re-assigned procedure code (See Note). |
| **Billed Amount:** | Dollar amount you charged for service. |
| **Adjustment Amount:** | Dollar amount due to adjusted procedure code. |
| **Allowed Amount:** | Dollar amount covered by benefit plan. |
| **Non-Covered Amount:** | Dollar amount not covered by benefit plan. |
| **Deduct / Copay Amount:** | Portion of billed amount applied toward patient's deductible or copay (if any). |
| **Coinsurance Amount:** | The amount of the patient's coinsurance liability. |
| **DRG / Per Diem / APC Type:** | DRG (Diagnosis Related Group) / Per Diem / APC (Ambulatory Payment Classification) Category. |
| **DRG / Per Diem / APC Number:** | DRG (Diagnosis Related Group) /Per Diem / APC (Ambulatory Payment Classification) Code describing the service provided. |
| **DRG / Per Diem Amount Billed:** | Dollar amount billed for DRG (Diagnosis Related Group) / Per Diem service provided. |
| **DRG / Per Diem Benefit Amount:** | Dollar amount payable by the benefit plan for DRG (Diagnosis Related Group) /Per Diem services. |
| **Plan Benefit:** | Dollar amount payable for services provided. |
| **See Note:** | Explanation of Cigna's payment calculation. Please see the Explanation of Direct Deposit Activity Report for the written description of the Note. |
| **Other Insurance Paid:** | The amount of another insurance carrier's payment. |

G2430D  08-24-2015



| Provider Number | Provider Name | Date Created | THIS IS NOT A BILL - Retain for Your Records | Page |
|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | 03/05/2021 | | 1 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 2 | Reminder: A coverage determination, prior authorization, or certification that is made prior to a service being performed is not a promise to pay for the service at any particular rate or amount. The patient's summary plan description governs amount payable, as every claim submitted is subject to all plan provisions, including, but not limited to, eligibility requirements, exclusions, limitations, and applicable state mandates. | | | | | | | | | | | | | | |

PATIENT NAME: ▮                PATIENT#: ▮           OPERATION LOCATION/GROUP# 51616-9▮     RECEIVE DATE: 02/17/2021 PROCESS DATE: 03/05
PATIENT'S RELATIONSHIP TO SUBSCRIBER: DEPENDENT    PROVIDER NETWORK STATUS: OUT OF NETWORK
SUBSCRIBER NAME: ▮                  SUBSCRIBER#: ▮           REF#: ▮           CHECK#: ▮

| Line | Procedure Date | Procedure Code | | Billed Amount | | Allowed Amount | Not Covered/ Discount | | Coinsurance Amount | | | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 02102021 | 00250 | | 242.92 | | 55.00 | 187.92 | | 11.00 | | | 0.00 | 0.00 | 44.00 | A4 |
| 4 | 02102021 | 00260 | | 460.00 | | | 460.00 | | | | | 0.00 | 0.00 | 0.00 | A1 |
| 5 | 02102021 | 00260 | | 364.00 | | | 364.00 | | | | | 0.00 | 0.00 | 0.00 | A1 |
| 6 | 02102021 | 00260 | | 298.00 | | | 298.00 | | | | | 0.00 | 0.00 | 0.00 | A1 |
| 7 | 02102021 | 00301 | | 259.00 | | 58.90 | 200.10 | | 11.78 | | | 0.00 | 0.00 | 47.12 | A4 |
| 8 | 02102021 | 00301 | | 112.00 | | 25.48 | 86.52 | | 5.10 | | | 0.00 | 0.00 | 20.38 | A4 |
| 9 | 02102021 | 00305 | | 86.75 | | 19.83 | 66.92 | | 3.97 | | | 0.00 | 0.00 | 15.86 | A4 |
| 10 | 02102021 | 00305 | | 45.11 | | 10.63 | 34.48 | | 2.13 | | | 0.00 | 0.00 | 8.50 | A4 |
| 11 | 02102021 | 00306 | | 89.96 | | 20.34 | 69.62 | | 4.07 | | | 0.00 | 0.00 | 16.27 | A4 |
| 12 | 02102021 | 00351 | | 4379.00 | | 985.45 | 3393.55 | | 197.09 | | | 0.00 | 0.00 | 788.36 | A4 |
| 13 | 02102021 | 00450 | | 3291.00 | | 740.44 | 2550.56 | | 148.09 | | | 0.00 | 0.00 | 592.35 | A4 |
| 14 | 02102021 | 00636 | | 141.00 | | 32.17 | 108.83 | | 6.43 | | | 0.00 | 0.00 | 25.74 | A4 |
| 15 | 02102021 | 00636 | | 75.54 | | 17.40 | 58.14 | | 3.48 | | | 0.00 | 0.00 | 13.92 | A4 |
| 16 | 02102021 | 00636 | | 1.00 | | | 1.00 | | | | | 0.00 | 0.00 | 0.00 | A5 |
| | TOTAL | | | 9845.28 | | 1965.64 | 7879.64 | | | | | | | 1572.50 | |

THE $600 OUT OF NETWORK INDIVIDUAL DEDUCTIBLE HAS BEEN SATISFIED FOR 2021
THE $600 IN NETWORK INDIVIDUAL DEDUCTIBLE HAS BEEN SATISFIED FOR 2021

*Explanation of Direct Deposit Activity Report*  Cigna

| Provider Number | Provider Name | | Date Created | THIS IS NOT A BILL - Retain for Your Records | Page |
|---|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | | 03/06/2021 | | 2 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | PATIENT'S RELATIONSHIP TO SUBSCRIBER: DEPENDENT   PROVIDER NETWORK STATUS: OUT OF NETWORK<br>SUBSCRIBER NAME: ▇▇▇▇  SUBSCRIBER#: ▇▇▇▇  REF#: ▇▇▇▇  CHECK#: ▇▇▇▇<br>$1,124.57 HAS BEEN APPLIED TOWARDS THE $6,000 OUT OF NETWORK INDIVIDUAL 'OUT-OF-POCKET LIMIT' FOR 2021<br>$1,124.57 HAS BEEN APPLIED TOWARDS THE $3,000 IN NETWORK INDIVIDUAL 'OUT-OF-POCKET LIMIT' FOR 2021<br>$600.00 HAS BEEN APPLIED TOWARDS THE $1,200 OUT OF NETWORK FAMILY DEDUCTIBLE FOR 2021<br>$600.00 HAS BEEN APPLIED TOWARDS THE $1,200 IN NETWORK FAMILY DEDUCTIBLE FOR 2021<br>$1,124.57 HAS BEEN APPLIED TOWARDS THE $12,000 OUT OF NETWORK FAMILY 'OUT-OF-POCKET LIMIT' FOR 2021<br>$1,124.57 HAS BEEN APPLIED TOWARDS THE $6,000 IN NETWORK FAMILY 'OUT-OF-POCKET LIMIT' FOR 2021<br>$49,900.66 HAS BEEN APPLIED TO THE UNLIMITED ALL MEDICAL BENEFITS INDIVIDUAL LIFETIME MAXIMUM<br><br>BALANCE.................. $393.14<br>PAYMENT OF   $1,572.50 TO SARASOTA MEML HSP<br>SYS MR1 | | | | | | | | | | | | | | |
| 18 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | | | | | | | | | | |

*Explanation of Direct Deposit Activity Report*

 Cigna

| Provider Number | Provider Name | | Date Created | |
|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | | 03/05/2021 | THIS IS NOT A BILL - Retain for Your Records |

Page 3

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

165497

G2431D  04-08-2015

*Explanation of Direct Deposit Activity Report*

 Cigna

| Provider Number<br>596012500  0108 | Provider Name<br>SARASOTA MEML HSP | | Date Created<br>03/05/2021 | THIS IS NOT A BILL - Retain for Your Records | Page<br>4 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|------|----------------|----------------|-------------------------|---------------|--------------------------------|----------------|------------------------|---------------------|--------------------|---------------------------|-----------------------------|----------------------------|------------------------------|--------------|----------|
| 40 | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | | | |
| 51 | | | | | | | | | | | | | | | |
| 52 | | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | | |
| 54 | | | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | |

G2431D  04-08-2015

Proclaim Provider EFT Summary

*Explanation of Direct Deposit Activity Report* 

| Provider Number | Provider Name | | Date Created | THIS IS NOT A BILL - Retain for Your Records | Page |
|---|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | | 03/05/2021 | | 5 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | | |
| 67 | | | | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | | | | |
| 72 | | | | | | | | | | | | | | | |
| 73 | | | | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | | |

*Explanation of Direct Deposit Activity Report*  Cigna

| Provider Number 596012500 0108 | | Provider Name SARASOTA MEML HSP | | | | | | Date Created 03/05/2021 | | THIS IS NOT A BILL - Retain for Your Records | | Page 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | | | | | | | | | | | | | | | |
| 79 | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | | | |
| 83 | | | | | | | | | | | | | | | |
| 84 | | | | | | | | | | | | | | | |
| 85 | | | | | | | | | | | | | | | |
| 86 | | | | | | | | | | | | | | | |
| 87 | | | | | | | | | | | | | | | |
| 88 | | | | | | | | | | | | | | | |
| 89 | | | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | | | |

Proclaim Provider EFT Summary

*Explanation of Direct Deposit Activity Report*

165499



| Provider Number | Provider Name | | | | | | | | Date Created | | | | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | | | | | | | | 03/05/2021 | | THIS IS NOT A BILL - Retain for Your Records | | 7 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | |
| 101 | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | |
| 103 | | | | | | | | | | | | | | | |
| 104 | | | | | | | | | | | | | | | |
| 105 | | | | | | | | | | | | | | | |
| 106 | | | | | | | | | | | | | | | |
| 107 | | | | | | | | | | | | | | | |
| 108 | | | | | | | | | | | | | | | |
| 109 | | | | | | | | | | | | | | | |
| 110 | | | | | | | | | | | | | | | |
| 111 | | | | | | | | | | | | | | | |
| 112 | | | | | | | | | | | | | | | |
| 113 | | | | | | | | | | | | | | | |
| 114 | | | | | | | | | | | | | | | |
| 115 | | | | | | | | | | | | | | | |
| 116 | | | | | | | | | | | | | | | |
| 117 | | | | | | | | | | | | | | | |
| 118 | | | | | | | | | | | | | | | |
| 119 | | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | | |
| 121 | | | | | | | | | | | | | | | |
| 122 | | | | | | | | | | | | | | | |

Proclaim Provider EFT Summary

*Explanation of Direct Deposit Activity Report*



| Provider Number | Provider Name | | Date Created | | Page |
|---|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | | 03/05/2021 | THIS IS NOT A BILL - Retain for Your Records | 8 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | | | | | | | | | | | | | | | |
| 124 | | | | | | | | | | | | | | | |
| 125 | | | | | | | | | | | | | | | |
| 126 | | | | | | | | | | | | | | | |
| 127 | | | | | | | | | | | | | | | |
| 128 | | | | | | | | | | | | | | | |
| 129 | | | | | | | | | | | | | | | |
| 130 | | | | | | | | | | | | | | | |
| 131 | | | | | | | | | | | | | | | |
| 132 | | | | | | | | | | | | | | | |
| 133 | | | | | | | | | | | | | | | |
| 134 | | | | | | | | | | | | | | | |
| 135 | | | | | | | | | | | | | | | |
| 136 | | | | | | | | | | | | | | | |

Proclaim Provider EFT Summary

*Explanation of Direct Deposit Activity Report*



| Provider Number | Provider Name | | | Date Created | |
|---|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | | | 03/06/2021 | THIS IS NOT A BILL - Retain for Your Records |

Page 9

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | | | | | | | | | | | | | | | |
| 138 | | | | | | | | | | | | | | | |
| 139 | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | |
| 141 | | | | | | | | | | | | | | | |
| 142 | | | | | | | | | | | | | | | |
| 143 | | | | | | | | | | | | | | | |
| 144 | | | | | | | | | | | | | | | |
| 145 | | | | | | | | | | | | | | | |
| 146 | | | | | | | | | | | | | | | |
| 147 | | | | | | | | | | | | | | | |

G2431D  04-08-2015

Proclaim Provider EFT Summary



| Provider Number | Provider Name | | | | | Date Created | | | THIS IS NOT A BILL - Retain for Your Records | | | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | | | | | 03/06/2021 | | | | | | 10 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



A1) THE SUBMITTED PROCEDURE IS DISALLOWED BECAUSE IT
IS INCIDENTAL TO A CODE BILLED ON THE SAME DATE OF
SERVICE.

A4) HEALTH CARE PROFESSIONAL: PATIENT IS NOT LIABLE
FOR THIS ADDITIONAL AMOUNT IF YOU ACCEPT THE
ESTABLISHED REIMBURSEMENT SCHEDULE ALLOWED
AMOUNT SHOWN. CALL ZELIS AT 888.346.8488 BEFORE
BILLING THE PATIENT MORE THAN THE AMOUNT
SHOWN AS PATIENT LIABILITY. CUSTOMER: CALL
CIGNA IF BILLED MORE THAN THE "WHAT I OWE"
AMOUNT.

A5) THIS SERVICE HAS BEEN DENIED. PAYMENT FOR THIS CHARGE
IS INCLUDED IN THE FACILITY PAYMENT.

**Explanation of Direct Deposit Activity Report**

🌳 Cigna

| Provider Number | Provider Name | Date Created | THIS IS NOT A BILL - Retain for Your Records | Page |
|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | 03/06/2021 | | 11 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

G2431D  04-08-2015

Proclaim Provider EFT Summary

# EXHIBIT D

# Temporary proof of coverage

## Medical ID Card

Please note: Temporary proof of coverage may not contain all the information on the actual ID card and they expire in 14 days or on the member's current coverage termination date.

### Front

myCigna.com

Cigna Health and Life Insurance Co.

Coverage Effective Date: 01/01/2021

Group: [redacted]

Issuer (80840)

ID: [redacted]

Name: [redacted]

OA Plus In-Network

**No Referral Required**

| | |
|---|---|
| **Dr. Visit** | **$20** |
| **Specialist** | **$30** |
| **Inpt Hosp** | **Ded,10%** |
| **Hosp ER** | **Ded,10%** |
| **Urg Care** | **Ded,10%** |
| **RX** | **Yes** |

**Network Coinsurance:**

**In 90%/10%**

RxBIN [redacted] RxPCN [redacted]

RxGroup [redacted]

CO DOI

MultiPlan

Network Savings Program

NMCWEBC

### Back

WWW.CIGNA.COM

This card does not guarantee coverage. You must comply with all plan terms and conditions. Willful misuse of this card is fraud.

INPATIENT ADMISSION AND OUTPATIENT PROCEDURES:

Your Network provider must call the toll-free number below to pre-certify the above services. Refer to your plan documents for pre-certification requirements. Failure to do so may affect benefits. In an emergency, seek care immediately, then call your primary care doctor as soon as possible for directions on follow-up care within 48 hours.

Send claims to:

P.O. Box 182223, Chattanooga, TN 37422-7223

**Customer Service: 1-800-244-6224**

We encourage you to use a PCP as a valuable resource and personal health advocate.

AWAY FROM HOME CARE



Cigna Healthcare Life Insurance Company
SHERMAN CLAIM OFFICE
P. O. BOX 182223
CHATTANOOGA TN 37422-7223



█████████████

SARASOTA MEML HSP
PO BOX 947413
ATLANTA GA 30394-7413

Provider Number:
**000596012500 5806**
Date through which the claims were processed:
**JANUARY 15, 2022**
Remittance Tracking Number:
220120190256496

**How to Contact Us**



✉  **Mail to the return address in upper
left corner of this page**

🖨  **http://www.cigna.com**

☎  **Phone:** (800) 244-6224

## *Provider Explanation of Medical Benefits*

### *Understanding this Benefits Statement*

This page provides a summary of the payments made this period.
The accompanying pages give more detail on the claims we processed for this period.
Please review both the front and back of each page to see how the benefit amounts shown in the Explanation
of Medical Benefits Report were determined.

### *In the event a claim is denied.......*

### *Rights of Review and Appeal -* **For Physician or Health Care Provider**

If you have questions or disagree with the payment identified on the Explanation of Medical Payment Report, you may ask to have it
reviewed.
If you have a contractual agreement with Cigna HealthCare, please refer to the procedural guidelines
associated with your Cigna HealthCare contract, or call our office for assistance.

### *Federal Rights of Review and Appeal* - **For Employee**

· Call Member Services at the toll free number on this Explanation of Benefits (EOB) or your ID card if you have questions regarding
this EOB.
· If you are not satisfied with this coverage decision, you can start the Appeal process by submitting a written request to the address
listed in your plan materials within 180 days of receipt of this EOB (unless a longer time is permitted by state law or your plan).
· Send a copy of this EOB along with any relevant additional information (e.g. benefit documents, clinical records) which helps to
demonstrate that your claim is covered under the plan. Contact Member Services if you need further instructions on how and where
to send you request for review.
· Be sure to include your 1) Name, 2) Operation Location/Group Number, 3) Employee/Patient ID number, 4) Name of the patient
and relationship, and 5) "Attention: Appeals Unit" on all supporting documents.
· You are entitled to receive free upon request access to, and copies of, all documents, records and other information relevant to your
claim for benefits.
· You will be notified of the final decision in a timely manner, as described in your plan materials. If your plan is governed by ERISA,
you also have the right to bring legal action under section 502(a) of ERISA following our review.

### *Provider Summary*

### **No Payment was made with this statement**

The charges submitted were negated or offset by the deductibles, coinsurance, etc., or the patient(s) may be incurring liability for
payment. See the following provider detail page for an explanation of how the benefits were determined.

*Definition of terms used on the Provider Explanation of  Medical Benefits Report section of this statement*

| | |
|---:|:---|
| **Line:** | Line item number. |
| **Procedure Date:** | Date you provided the service. |
| **Procedure Code:** | Code describing the service provided. |
| **Adjusted Procedure Code:** | Re-assigned procedure code  (See Note). |
| **Billed Amount:** | Dollar amount you charged for service. |
| **Adjusted Procedure Code Amount:** | Dollar amount due to adjusted procedure code. |
| **Allowed Amount:** | Dollar amount covered by benefit plan. |
| **Not Covered / Discount:** | Part of "Billed Amount" Not Covered under benefit plan or a Provider Discount. |
| **Deduct / Copay Amount:** | Portion of billed amount applied toward patient's deductible or copay (if any). |
| **Coinsurance Amount:** | The amount of the patient's coinsurance liability. |
| **DRG / Per Diem / APC Type:** | DRG (Diagnosis Related Group) / Per Diem / APC (Ambulatory Payment Classification) Category. |
| **DRG / Per Diem / APC Number:** | DRG (Diagnosis Related Group) / Per Diem / APC (Ambulatory Payment Classification) Code describing the service provided. |
| **DRG / Per Diem Amount:** | Dollar amount for DRG (Diagnosis Related Group) / Per Diem service provided. |
| **DRG / Per Diem Benefit Amount:** | Dollar amount payable by the benefit plan for DRG (Diagnosis Related Group) / Per Diem services. |
| **Plan Benefit:** | Dollar amount payable for services provided. |
| **See Note:** | If a portion or all of the charge is Not Covered, this is the written explanation of why it is Not Covered. |
| **Other Insurance Paid:** | The amount of another insurance carrier's payment. |

*Provider Explanation of Medical Benefits Report*

 Cigna.

| Provider Number | Provider Name | Date through which claims where processed | THIS IS NOT A BILL | Page |
|---|---|---|---|---|
| 596012500 0005806 | SARASOTA MEML HSP | January 15, 2022 | Retain for your Records | 1 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG/ Per Diem / APC Type | DRG/ Per Diem / APC Number | DRG/ Per Diem / Amount | DRG/ Per Diem / Benefit Amount | Plan Benefit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Reminder: A coverage determination, prior authorization, or certification that is made prior to a service being performed is not a promise to pay for the service at any particular rate or amount. The patient's summary plan description governs amount payable, as every claim submitted is subject to all plan provisions, including, but not limited to, eligibility requirements, exclusions, limitations, and applicable state mandates.

PATIENT NAME: ▮▮▮▮▮▮    PATIENT #: ▮▮▮▮▮  OPERATION LOCATION/GROUP#: 30344-9-▮▮▮  RECEIVE DATE: 01/13/2022

PROCESS DATE: 01/15

PATIENT'S RELATIONSHIP TO SUBSCRIBER:SUBSCRIBER    PROVIDER NETWORK STATUS: OUT OF NETWORK

SUBSCRIBER NAME:▮▮▮▮▮    SUBSCRIBER#: ▮▮▮▮▮    REF#: ▮▮▮▮▮

| Line | Procedure Date | Procedure Code | Billed Amount | Adjusted Proc Amount | DRG Number | Per Diem Amount | Benefit | Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | 11162021 11182021 | 00120 | 8598.00 | $8,598.00 | 00000 | 0 | 0 0.00 | A0 |
| 2 | 11162021 | 00250 | 1405.37 | $1,405.37 | 00000 | 0 | 0 0.00 | A0 |
| 3 | 11162021 | 00250 | 286.00 | $286.00 | 00000 | 0 | 0 0.00 | A0 |
| 4 | 11162021 | 00278 | 1876.00 | $1,876.00 | 00000 | 0 | 0 0.00 | A0 |
| 5 | 11162021 | 00300 | 299.68 | $299.68 | 00000 | 0 | 0 0.00 | A0 |
| 6 | 11162021 | 00301 | 848.00 | $848.00 | 00000 | 0 | 0 0.00 | A0 |
| 7 | 11162021 | 00305 | 849.67 | $849.67 | 00000 | 0 | 0 0.00 | A0 |
| 8 | 11162021 | 00307 | 45.11 | $45.11 | 00000 | 0 | 0 0.00 | A0 |
| 9 | 11162021 | 00309 | 100.00 | $100.00 | 00000 | 0 | 0 0.00 | A0 |
| 10 | 11162021 | 00352 | 9541.00 | $9,541.00 | 00000 | 0 | 0 0.00 | A0 |
| 11 | 11162021 | 00370 | 587.00 | $587.00 | 00000 | 0 | 0 0.00 | A0 |
| 12 | 11162021 | 00450 | 3291.00 | $3,291.00 | 00000 | 0 | 0 0.00 | A0 |
| 13 | 11162021 | 00636 | 900.00 | $900.00 | 00000 | 0 | 0 0.00 | A0 |
| 14 | 11162021 | 00636 | 428.05 | $428.05 | 00000 | 0 | 0 0.00 | A0 |
| 15 | 11162021 | 00710 | 1014.00 | $1,014.00 | 00000 | 0 | 0 0.00 | A0 |
| 16 | 11162021 | 00730 | 366.00 | $366.00 | 00000 | 0 | 0 0.00 | A0 |
| 17 | 11162021 | 00750 | 4985.00 | $4,985.00 | 00000 | 0 | 0 0.00 | A0 |
| | Total | | 35419.88 | $0.00  35419.88  $0.00 | | | | |

BALANCE..................    $35,419.88

** NOTES ON BENEFIT DETERMINATION:

IF YOU HAVE ANY QUESTIONS REGARDING THIS CLAIM, PLEASE INCLUDE THE
REFERENCE NUMBER ON INQUIRIES.

*Provider Explanation of Medical Benefits Report*

 Cigna.

| Provider Number | Provider Name | Date through which claims where processed | THIS IS NOT A BILL | Page |
|---|---|---|---|---|
| 596012500 0005806 | SARASOTA MEML HSP | January 15, 2022 | Retain for your Records | 2 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG/ Per Diem / APC Type | DRG/ Per Diem / APC Number | DRG/ Per Diem / Amount | DRG/ Per Diem / Benefit Amount | Plan Benefit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PATIENT'S RELATIONSHIP TO SUBSCRIBER:SUBSCRIBER     PROVIDER NETWORK STATUS: OUT OF NETWORK
SUBSCRIBER NAME:                                   SUBSCRIBER#:                              REF#:

                                                            SYS-BS9

VIEW ELIGIBILITY, BENEFITS, AND CLAIM DETAILS AND GET PRECERTIFICATION
ANSWERS FAST AT THE CIGNA FOR HEALTH CARE PROFESSIONALS WEBSITE
(WWW.CIGNAFORHCP.COM)

*Provider Explanation of Medical Benefits Report*

 Cigna.

| Provider Number | Provider Name | Date through which claims where processed | THIS IS NOT A BILL | Page |
|---|---|---|---|---|
| 596012500 | SARASOTA MEML HSP | January 15, 2022 | Retain for your Records | 1 |

```
A0   CUSTOMER: YOUR PLAN WON'T PAY FOR THIS SERVICE UNLESS
     YOU GO TO A HEALTH CARE PROFESSIONAL IN CIGNA'S
     NETWORK.
```

# EXHIBIT E

# Temporary proof of coverage

## Medical ID Card

Please note: Temporary proof of coverage may not contain all the information on the actual ID card and they expire in 14 days or on the member's current coverage termination date.

**Front**



**Back**

You may be asked to present this card when receiving care; it does not guarantee coverage. For coverage, you must meet all plan terms/conditions.  Willful misuse of this card is considered fraud.  **Inpatient Admission/Outpatient Procedures:** Your health care professional must contact Cigna to pre-approve these services by calling  the toll-free number below or going to **CignaforHCP.com.**  See the plan documents for  pre-approval requirements.  Without pre-approval, your plan may not pay for these services. In an emergency, get care immediately, then call your PCP as soon as possible for further assistance or advice on follow-up care within 48 hours.  We encourage you to use a PCP as a valuable resource and personal health advocate.

**Medical Claims**  PO Box 188061 Chattanooga, TN 37422-8061 Payer ID #62308

**Customers & Health Care Professionals call 1-866-494-2111**

**Rx Claims**  Pharmacy Service Center, PO Box 188053, Chattanooga TN 37422-8053
For Pharmacists Only: 800-351-9170

Issue Date: 02/04/21

Cigna
PO Box 188061
Chattanooga, TN 37422 - 8061
Cigna Health and Life Insurance Company



| | |
|---|---|
| Provider Number: **200002886973** | |
| Date Created: **05/07/2021** | |
| Remittance Tracking Number: **600500541037** | |
| Retain This Statement For Your Records: | |

**How to Contact Us:**
**Mail to the return address in upper left corner of this page**
**Phone: 1-866-494-2111**
**or visit www.cignaforhcp.com**

SARASOTA MEMORIAL HOSPITAL
1743 MAIN ST
SARASOTA, FL 34236-5812

*Explanation of Direct Deposit*

### Understanding this Benefits Statement

- This page is a summary of the behavioral plan payments made this period.
- The accompanying pages give more detail on the claims we processed for this period. Please review both the front and back of each page to see how the benefit amounts in the Provider Explanation of Direct Deposit Activity Report were determined.

### Rights of Review and Appeal - For Physician or Health Care Provider

If you have questions or disagree with the payment identified on this Explanation of Medical Benefits statement, you may ask to have it reviewed.
If you have a contractual agreement with Cigna HealthCare, please refer to the procedural guidelines associated with your Cigna HealthCare contract, or call our office for assistance.

### Federal Rights of Review and Appeal - For Employee

- Call Member Services at the toll free number on this Explanation of Benefits (EOB) or your ID card if you have questions regarding this EOB.
- If you're not satisfied with this coverage decision, you can start the Appeal process by submitting a written request to the address listed in your plan materials within 180 days of receipt of this EOB (unless a longer time frame is provided by applicable state law or permitted by your plan).
- Send a copy of this EOB along with any relevant additional information (e.g. benefit documents, clinical records) which helps to demonstrate that your claim is covered under the plan. Contact Member Services if you need further instructions on how and where to send your request for review.
- Be sure to include your 1) Name, 2) Operation Location/Group Number, 3) Employee/Patient ID number, 4) Name of the patient and relationship, and 5) "Attention: Appeals Unit" on all supporting documents.
- You are entitled to receive free upon request access to, and copies of, all documents, records and other information relevant to your claim for benefits.
- You will be notified of the final decision in a timely manner, as described in your plan materials. If your plan is governed by ERISA, you also have the right to bring legal action under section 502(a) of ERISA following our review.

| Remittance Tracking Number | Direct Deposit Date |
|---|---|
| 600500541037 | 05/10/2021 |

Deposited For: SARASOTA MEMORIAL HOSPITAL

Direct Deposit Amount   $   **18,085.52**

*Definitions of terms used on the Explanation of Deposit Activity Report section of this statement*

| | |
|---|---|
| **Line:** | Line item number. |
| **Procedure Date:** | Date you provided the service. |
| **Procedure Code:** | Code describing the service provided. |
| **DRG/APC Code:** | DRG (Diagnosis Related Group)/APC (Ambulatory Payment Classification) Code describing the service provided. |
| **Billed Amount:** | Dollar amount you charged for service. |
| **Discount:** | Amounts are the provider's responsibility and are considered savings by the plan.  Examples included contractual agreement for network providers or discounts negotiated by the plan |
| **Amount Not Covered:** | Dollar amount not covered by benefit plan. |
| **Covered Amount:** | Dollar amount covered by the plan. |
| **Copay/Deductible Amount:** | Portion of billed amount applied toward patient's deductible or copay (if any). |
| **Plan Paid:** | Dollar amount payable for services provided. |
| **Coinsurance:** | The amount of the patient's coinsurance liability. |
| **Patient Owes:** | Portion of the billed amount that is patient responsibility; does not reflect prior payments that may have been made to the health care professional. |
| **See Note:** | Explanation of Cigna's payment calculation. Please see the Explanation of Direct Deposit Activity Report for the written description of the Note. |
| **Other Insurance Paid:** | The amount of another insurance carrier's payment. |

# Explanation of Direct Deposit Activity



Cigna.

Health Care Professional Number:
200002886973

Health Care Professional Name:
SARASOTA MEMORIAL HOSPITAL

Provider Network Status:
OUT OF NETWORK

Date Created:
05/07/2021

THIS IS NOT A BILL
-Retain for your records

*Reminder: A coverage determination, prior authorization, or certification that is made prior to a service being performed is not a promise to pay for the service at any particular rate or amount. The patient's summary plan description typically governs this, as every claim submitted is subject to all plan provisions, including, but not limited to, eligibility requirements, exclusions, limitations, and applicable state mandates. If you'd like information on how much the customer met towards their accumulators (e.g., deductibles), please visit our website at cignaforhcp.com or contact customer service.*

# Explanation of Direct Deposit Activity



Health Care Professional Number:      Health Care Professional Name:                    Date Created:            THIS IS NOT A BILL
200002886973                          SARASOTA MEMORIAL HOSPITAL                         05/07/2021               -Retain for your records

*Reminder: A coverage determination, prior authorization, or certification that is made prior to a service being performed is not a promise to pay for the service at any particular rate or amount. The patient's summary plan description typically governs this, as every claim submitted is subject to all plan provisions, including, but not limited to, eligibility requirements, exclusions, limitations, and applicable state mandates. If you'd like information on how much the customer met towards their accumulators (e.g., deductibles),   please visit our website at cignaforhcp.com or contact customer service.*

# Explanation of Direct Deposit Activity

Cigna.

Health Care Professional Number:
200002886973

Health Care Professional Name:
SARASOTA MEMORIAL HOSPITAL

Date Created:
05/07/2021

THIS IS NOT A BILL
-Retain for your records

# Explanation of Direct Deposit Activity

**✿ Cigna.**

Health Care Professional Number:
200002886973

Health Care Professional Name:
SARASOTA MEMORIAL HOSPITAL

Date Created:
05/07/2021

THIS IS NOT A BILL
-Retain for your records

[black redaction box]

PATIENT NAME: [redacted]   PATIENT ID: [redacted]   Patient's relationship to subscriber: Subscriber   GROUP: [redacted]   REC'D DATE: 04/05/2021   PROCESS DATE: 05/06/2021
SUBSCRIBER NAME: [redacted]   SUBSCRIBER ID: [redacted]   CLAIM ID: [redacted]

| Line | Procedure date | Procedure code | DRG/APC Code | Billed Amount | Discount | Amount Not covered | Covered Amount | Copay / Deductible Amount | Plan Paid | Coinsurance | Patient Owes | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 03/21 - 03/23/21 | 0120 | | 5,732.00 | 0.00 | 0.00 4,461.42 | 1,270.58 | 1,270.58 | 0.00 | 0.00 | 5,732.00 | MR2 |
| 36 | 03/21 - 03/23/21 | 0250 | | 2,684.24 | 0.00 | 2,089.24 | 595.00 | 595.00 | 0.00 | 0.00 | 2,684.24 | MR2 |
| 37 | 03/21 - 03/23/21 | 0250 | | 382.00 | 0.00 | 297.32 | 84.68 | 84.68 | 0.00 | 0.00 | 382.00 | MR2 |
| 38 | 03/21 - 03/23/21 | 0260 | | 364.00 | 0.00 | 283.31 | 80.69 | 80.69 | 0.00 | 0.00 | 364.00 | MR2 |
| 39 | 03/21 - 03/23/21 | 0272 | | 2,041.00 | 0.00 | 1,588.58 | 452.42 | 452.42 | 0.00 | 0.00 | 2,041.00 | MR2 |
| 40 | 03/21 - 03/23/21 | 0278 | | 9,632.00 | 0.00 | 7,496.93 | 2,135.07 | 617.75 | 758.66 | 758.66 | 8,873.34 | MR2 |
| 41 | 03/21 - 03/23/21 | 0300 | | 112.12 | 0.00 | 87.27 | 24.85 | 0.00 | 12.42 | 12.43 | 99.70 | MR2 |
| 42 | 03/21 - 03/23/21 | 0301 | | 938.62 | 0.00 | 730.56 | 208.06 | 0.00 | 104.03 | 104.03 | 834.59 | MR2 |
| 43 | 03/21 - 03/23/21 | 0305 | | 418.25 | 0.00 | 325.54 | 92.71 | 0.00 | 46.35 | 46.36 | 371.90 | MR2 |
| 44 | 03/21 - 03/23/21 | 0309 | | 100.00 | 0.00 | 77.83 | 22.17 | 0.00 | 11.08 | 11.09 | 88.92 | MR2 |
| 45 | 03/21 - 03/23/21 | 0320 | | 5,508.00 | 0.00 | 4,287.07 | 1,220.93 | 0.00 | 610.46 | 610.47 | 4,897.54 | MR2 |
| 46 | 03/21 - 03/23/21 | 0324 | | 654.00 | 0.00 | 509.03 | 144.97 | 0.00 | 72.48 | 72.49 | 581.52 | MR2 |
| 47 | 03/21 - 03/23/21 | 0351 | | 3,374.00 | 0.00 | 2,626.11 | 747.89 | 0.00 | 373.94 | 373.95 | 3,000.06 | MR2 |
| 48 | 03/21 - 03/23/21 | 0352 | | 9,475.00 | 0.00 | 7,374.73 | 2,100.27 | 0.00 | 1,050.13 | 1,050.14 | 8,424.87 | MR2 |
| 49 | 03/21 - 03/23/21 | 0360 | | 34,374.00 | 0.00 | 0.00 26,754.52 | 7,619.48 | 0.00 | 6,159.10 | 1,460.38 | 28,214.90 | IL1 MR2 |

# Explanation of Direct Deposit Activity

Health Care Professional Number:
200002886973

Health Care Professional Name:
SARASOTA MEMORIAL HOSPITAL

Date Created:
05/07/2021

THIS IS NOT A BILL
-Retain for your records

| 50 | 03/21 - 03/23/21 | 0370 | 1,612.00 | 0.00 | 0.00 1,254.68 | 357.32 | 0.00 | 357.32 | 0.00 | 1,254.68 | IL1 MR2 |
|----|------------------|------|----------|------|---------------|--------|------|--------|------|----------|---------|
| 51 | 03/21 - 03/23/21 | 0420 | 179.00 | 0.00 | 0.00 139.32 | 39.68 | 0.00 | 39.68 | 0.00 | 139.32 | IL1 MR2 |
| 52 | 03/21 - 03/23/21 | 0424 | 453.00 | 0.00 | 0.00 352.59 | 100.41 | 0.00 | 100.41 | 0.00 | 352.59 | IL1 MR2 |
| 53 | 03/21 - 03/23/21 | 0430 | 592.00 | 0.00 | 0.00 460.77 | 131.23 | 0.00 | 131.23 | 0.00 | 460.77 | IL1 MR2 |
| 54 | 03/21 - 03/23/21 | 0450 | 4,221.00 | 0.00 | 0.00 3,285.36 | 935.64 | 0.00 | 935.64 | 0.00 | 3,285.36 | IL1 MR2 |
| 55 | 03/21 - 03/23/21 | 0636 | 464.58 | 0.00 | 0.00 361.60 | 102.98 | 0.00 | 102.98 | 0.00 | 361.60 | IL1 MR2 |
| 56 | 03/21 - 03/23/21 | 0636 | 226.62 | 0.00 | 0.00 176.39 | 50.23 | 0.00 | 50.23 | 0.00 | 176.39 | IL1 MR2 |
| 57 | 03/21 - 03/23/21 | 0636 | 158.00 | 0.00 | 0.00 122.98 | 35.02 | 0.00 | 35.02 | 0.00 | 122.98 | IL1 MR2 |
| 58 | 03/21 - 03/23/21 | 0636 | 127.00 | 0.00 | 0.00 98.85 | 28.15 | 0.00 | 28.15 | 0.00 | 98.85 | IL1 MR2 |
| 59 | 03/21 - 03/23/21 | 0636 | 99.76 | 0.00 | 0.00 77.65 | 22.11 | 0.00 | 22.11 | 0.00 | 77.65 | IL1 MR2 |
| 60 | 03/21 - 03/23/21 | 0682 | 6,237.00 | 0.00 | 0.00 4,854.47 | 1,382.53 | 0.00 | 1,382.53 | 0.00 | 4,854.47 | IL1 MR2 |
| 61 | 03/21 - 03/23/21 | 0710 | 1,509.00 | 0.00 | 0.00 1,174.50 | 334.50 | 0.00 | 334.50 | 0.00 | 1,174.50 | IL1 MR2 |
| 62 | 03/21 - 03/23/21 | 0771 | 74.36 | 0.00 | 0.00 57.88 | 16.48 | 0.00 | 16.48 | 0.00 | 57.88 | IL1 MR2 |
| **Total** | | | 91,742.55 | 0.00 | 71,406.50 | 20,336.05 | 3,101.12 | 12,734.93 | 4,500.00 | 79,007.62 | |

**Payment of $12,734.93 to SARASOTA MEMORIAL HOSPITAL**

*Reminder: A coverage determination, prior authorization, or certification that is made prior to a service being performed is not a promise to pay for the service at any particular rate or amount. The patient's summary plan description typically governs this, as every claim submitted is subject to all plan provisions, including, but not limited to, eligibility requirements, exclusions, limitations, and applicable state mandates. If you'd like information on how much the customer met towards their accumulators (e.g., deductibles),  please visit our website at cignaforhcp.com or contact customer service.*

# Explanation of Direct Deposit Activity

❄️ **Cigna**.

Health Care Professional Number:
200002886973

Health Care Professional Name:
SARASOTA MEMORIAL HOSPITAL

Date Created:
05/07/2021

THIS IS NOT A BILL
-Retain for your records

## NOTES

IL1-OUT OF POCKET EXPENSE MAXIMUM SHOWN IN YOUR PLAN'S MEDICAL CARE BENEFITS SCHEDULE HAS BEEN PAID. LEVEL OF BENEFIT PAYMENTS INCREASED TO 100%
MR2-MEMBER'S BENEFIT PLAN LIMITS PAYMENT TO MAXIMUM REIMBURSABLE CHARGE. THE PROVIDER MAY BILL THE MEMBER FOR THE BALANCE.

# EXHIBIT F

# Temporary proof of coverage

### Medical ID Card

Please note: Temporary proof of coverage may not contain all the information on the actual ID card and they expire in 14 days or on the member's current coverage termination date.

**Front**



Administered By Cigna Health and Life Insurance Co.

Coverage Effective Date:   01/01/2021

Group:

Issuer (80840)

ID:

Name:

**Open Access Plus**

**No Referral Required**

| | |
|---|---|
| **PCP Visit** | $25 |
| **Specialist** | $50 |
| **Hospital ER** | $250 |
| **Urgent Care** | $50 |
| **Rx** | $7/35/75 |
| **Network Coinsurance:** | |
| **In** | 80%/20% |
| **Out** | 60%/40% |

RxBIN     RxPCN

RxGroup                    MultiPlan

Network Savings Program                     NMCWEBC

**Back**

**WWW.CIGNA.COM**

You may be asked to present this card when you receive care. The card does not guarantee coverage. You must comply with all terms and conditions of the plan. Willful misuse of this card is considered fraud.

INPATIENT ADMISSION AND OUTPATIENT PROCEDURES:

Your Network provider must call the toll-free number listed below to pre-certify the above services. Refer to your plan documents for your pre-certification requirements. Failure to do so may affect benefits. In an emergency, seek care immediately, then call your primary care doctor as soon as possible for further assistance and directions on follow-up care within   72   hours.

Send Claims to:

P.O. Box 182223, Chattanooga, TN 37422-7223

**Customer Service:1-800-244-6224**

We encourage you to use a PCP as a valuable resource and personal health advocate.     AWAY FROM HOME CARE

174088

Cigna Health and Life Insurance Company
CHATTANOOGA CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN  37422-7223



| Provider Number: |
| --- |
| 596012500   0108 |

| Date Created: |
| --- |
| 05/27/2021 |

| Remittance Tracking Number: |
| --- |
| 210527090025704 |

Retain This Statement For Your Records :

SARASOTA MEML HSP
PO BOX 863413
ORLANDO FL  32886-3413

**How to Contact Us**

★ Mail to the return address in upper
   left corner of this page

↑ Phone:  (800) 244-6224

---

## *Explanation of Direct Deposit*

### *Understanding this Benefits Statement*
➲This page provides a summary of the payments made this period.
➲The accompanying pages give more detail on the claims we processed for this period. Please review both the front and back of each
   page to see how the benefit amounts shown in the Explanation of Direct Deposit Activity Report were determined.

### *In the event a claim is denied......*
### *Rights of Review and Appeal -* **For Physician or Health Care Provider**
➲If you have questions or disagree with the payment identified on this Explanation of Direct Deposit Activity Report, you may ask to
   have it reviewed.
➲If you have a contractual agreement with Cigna HealthCare, please refer to the procedural guidelines associated with your Cigna
   HealthCare contract, or call our office for assistance.

### *Federal Rights of Review and Appeal -* **For Employee**
Call Member Services at the toll free number on this Explanation of Benefits (EOB) or your ID card if you have questions regarding
this EOB.
If you're not satisfied with this coverage decision, you can start the Appeal process by submitting a written request to the address
listed in your plan materials within 180 days of receipt of this EOB (unless a longer time is permitted by state law or your plan).
Send a copy of this EOB along with any relevant additional information (e.g. benefit documents, clinical records) which helps to
demonstrate that your claim is covered under the plan. Contact Member Services if you need further instructions on how and
where to send your request for review.
Be sure to include your 1) Name, 2) Operation Location/Group Number, 3) Employee/Patient ID number, 4) Name of the patient
and relationship, and 5) "Attention: Appeals Unit" on all supporting documents.
You are entitled to receive free upon request access to , and copies of, all documents, records and other information relevant to
your claim for benefits.
You will be notified of the final decision in a timely manner, as described in your plan materials. If your plan is governed by
ERISA, you also have the right to bring legal action under section 502(a) of ERISA following our review.

---

| Remittance Tracking Number | Direct Deposit Date |
| --- | --- |
| 210527090025704 | 20210601 |

**Deposited For:** SARASOTA MEML HSP

Advice of Deposit
Non-Negotiable

**Direct Deposit
Amount** $  34,267.99

---

*Definitions of terms used on the Explanation of Deposit Activity Report section of this statement*

| | |
|---|---|
| **Line:** | Line item number. |
| **Procedure Date:** | Date you provided the service. |
| **Procedure Code:** | Code describing the service provided. |
| **Adjusted Procedure Code:** | Re-assigned procedure code (See Note). |
| **Billed Amount:** | Dollar amount you charged for service. |
| **Adjustment Amount:** | Dollar amount due to adjusted procedure code. |
| **Allowed Amount:** | Dollar amount covered by benefit plan. |
| **Non-Covered Amount:** | Dollar amount not covered by benefit plan. |
| **Deduct / Copay Amount:** | Portion of billed amount applied toward patient's deductible or copay (if any). |
| **Coinsurance Amount:** | The amount of the patient's coinsurance liability. |
| **DRG / Per Diem / APC Type :** | DRG (Diagnosis Related Group) / Per Diem / APC (Ambulatory Payment Classification) Category. |
| **DRG / Per Diem / APC Number:** | DRG (Diagnosis Related Group) /Per Diem / APC (Ambulatory Payment Classification) Code describing the service provided. |
| **DRG / Per Diem Amount Billed :** | Dollar amount billed for DRG (Diagnosis Related Group) / Per Diem service provided. |
| **DRG / Per Diem Benefit Amount:** | Dollar amount payable by the benefit plan for DRG (Diagnosis Related Group) /Per Diem services. |
| **Plan Benefit:** | Dollar amount payable for services provided. |
| **See Note:** | Explanation of Cigna's payment calculation. Please see the Explanation of Direct Deposit Activity Report for the written description of the Note. |
| **Other Insurance Paid:** | The amount of another insurance carrier's payment. |

G2430D  08-24-2015

174089

*Explanation of Direct Deposit Activity Report*

🌳 Cigna

| Provider Number | Provider Name | | | | | | | Date Created | | | | | | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | | | | | | | 05/26/2021 | | THIS IS NOT A BILL - Retain for Your Records | | | | 1 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |



*Explanation of Direct Deposit Activity Report*

| Provider Number | Provider Name | | | | | | | | Date Created | | | | | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | | | | | | | | 05/26/2021 | | THIS IS NOT A BILL - Retain for Your Records | | | 2 |
| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
| 15 | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |

174090

*Explanation of Direct Deposit Activity Report*



| Provider Number | Provider Name | Date Created | Page |
|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | 05/26/2021 | THIS IS NOT A BILL - Retain for Your Records | 3 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | |

*Explanation of Direct Deposit Activity Report*



| Provider Number 596012500 0108 | Provider Name SARASOTA MEML HSP | | | | | | | Date Created 05/26/2021 | | THIS IS NOT A BILL - Retain for Your Records | | | Page 4 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | |

PATIENT NAME:                     PATIENT#:              OPERATION LOCATION/GROUP# 56404-9-        RECEIVE DATE:            PROCESS DATE: 05/26
PATIENT'S RELATIONSHIP TO SUBSCRIBER: DEPENDENT   PROVIDER NETWORK STATUS:  OUT OF NETWORK
SUBSCRIBER NAME:                   SUBSCRIBER#:           REF#:                CHECK#:

| Line | Procedure Date | Procedure Code | | Billed Amount | | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | | | | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 05172021 | 00250 | | 241.00 | | 7.90 | 233.10 | 7.90 | | | | 0.00 | 0.00 | 0.00 | A2 |
| 48 | 05172021 | 00260 | | 364.00 | | | 364.00 | | | | | 0.00 | 0.00 | 0.00 | A0 |
| 49 | 05172021 | 00260 | | 298.00 | | | 298.00 | | | | | 0.00 | 0.00 | 0.00 | A0 |
| 50 | 05172021 | 00301 | | 117.00 | | 117.00 | 0.00 | 117.00 | | | | 0.00 | 0.00 | 0.00 | |
| 51 | 05172021 | 00301 | | 112.00 | | 112.00 | 0.00 | 112.00 | | | | 0.00 | 0.00 | 0.00 | |
| 52 | 05172021 | 00301 | | 111.00 | | 46.86 | 64.14 | 13.10 | | | | 0.00 | 0.00 | 33.76 | A2 |
| 53 | 05172021 | 00301 | | 107.00 | | 79.66 | 27.34 | | | | | 0.00 | 0.00 | 79.66 | A2 |
| 54 | 05172021 | 00305 | | 98.32 | | 94.64 | 3.68 | | | | | 0.00 | 0.00 | 94.64 | A2 |
| 55 | 05172021 | 00307 | | 52.91 | | 44.55 | 8.36 | | | | | 0.00 | 0.00 | 44.55 | A2 |
| 56 | 05172021 | 00352 | | 7839.00 | | 1679.80 | 6159.20 | | | | | 0.00 | 0.00 | 1679.80 | A2 |
| 57 | 05172021 | 00450 | | 3291.00 | | 544.34 | 2746.66 | | | | | 0.00 | 0.00 | 544.34 | A2 |
| 58 | 05172021 | 00636 | | 428.00 | | 6.78 | 421.22 | | | | | 0.00 | 0.00 | 6.78 | A2 |
| 59 | 05172021 | 00636 | | 75.54 | | 24.92 | 50.62 | | | | | 0.00 | 0.00 | 24.92 | A2 |
| | TOTAL | | | 13134.77 | | 2758.45 | 10376.32 | 250.00 | | | | | | 2508.45 | |

$0.00 HAS BEEN APPLIED TOWARDS THE $2,000 OUT OF NETWORK INDIVIDUAL DEDUCTIBLE FOR 2021
$0.00 HAS BEEN APPLIED TOWARDS THE $4,000 OUT OF NETWORK INDIVIDUAL 'OUT-OF-POCKET LIMIT' FOR 2021
$0.00 HAS BEEN APPLIED TOWARDS THE $6,000 OUT OF NETWORK FAMILY DEDUCTIBLE FOR 2021

*Explanation of Direct Deposit Activity Report*

174091

🌳 Cigna

| | Provider Number | Provider Name | | | | | | | Date Created | | THIS IS NOT A BILL - Retain for Your Records | | | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 596012500  0108 | SARASOTA MEML HSP | | | | | | | 05/27/2021 | | | | | 5 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PATIENT'S RELATIONSHIP TO SUBSCRIBER: DEPENDENT      PROVIDER NETWORK STATUS:  OUT OF NETWORK | | | | | | | | | | | | | | |
| | SUBSCRIBER NAME: ▮▮▮▮▮      SUBSCRIBER#: ▮▮▮▮▮      REF#: ▮▮▮▮▮      CHECK# ▮▮▮▮▮ | | | | | | | | | | | | | | |
| | $0.00 HAS BEEN APPLIED TOWARDS THE $12,000 OUT OF NETWORK FAMILY 'OUT-OF-POCKET LIMIT' FOR 2021 | | | | | | | | | | | | | | |
| | THE $1,000 IN NETWORK INDIVIDUAL DEDUCTIBLE HAS BEEN SATISFIED FOR 2021 | | | | | | | | | | | | | | |
| | $1,333.36 HAS BEEN APPLIED TOWARDS THE $3,000 IN NETWORK INDIVIDUAL 'OUT-OF-POCKET LIMIT' FOR 2021 | | | | | | | | | | | | | | |
| | $2,000.00 HAS BEEN APPLIED TOWARDS THE $3,000 IN NETWORK FAMILY DEDUCTIBLE FOR 2021 | | | | | | | | | | | | | | |
| | $4,614.93 HAS BEEN APPLIED TOWARDS THE $9,000 IN NETWORK FAMILY 'OUT-OF-POCKET LIMIT' FOR 2021 | | | | | | | | | | | | | | |
| | $3,046.63 HAS BEEN APPLIED TO THE UNLIMITED ALL MEDICAL BENEFITS INDIVIDUAL LIFETIME MAXIMUM | | | | | | | | | | | | | | |
| | BALANCE...................  $250.00 | | | | | | | | | | | | | | |
| | PAYMENT OF   $2,508.45 TO SARASOTA MEML HSP | | | | | | | | | | | | | | |
| | SYS MR5 | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | |
| 61 | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | | |
| 67 | | | | | | | | | | | | | | | |

*Explanation of Direct Deposit Activity Report*

 Cigna

| Provider Number 596012500  0108 | Provider Name SARASOTA MEML HSP | | | | | | | Date Created 05/27/2021 | | THIS IS NOT A BILL - Retain for Your Records | | | Page 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | | | | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | | | | |
| 72 | | | | | | | | | | | | | | | |
| 73 | | | | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | | |
| 78 | | | | | | | | | | | | | | | |
| 79 | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | | | |
| 83 | | | | | | | | | | | | | | | |
| 84 | | | | | | | | | | | | | | | |
| 85 | | | | | | | | | | | | | | | |
| 86 | | | | | | | | | | | | | | | |
| 87 | | | | | | | | | | | | | | | |
| 88 | | | | | | | | | | | | | | | |
| 89 | | | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | |

*Explanation of Direct Deposit Activity Report*

🌲 Cigna.

174092

| Provider Number | Provider Name | | | | | | Date Created | | | THIS IS NOT A BILL - Retain for Your Records | | | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 596012500  0108 | SARASOTA MEML HSP | | | | | | 05/27/2021 | | | | | | 7 |

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG / Per Diem / APC Type | DRG / Per Diem / APC Number | DRG/Per Diem Amount Billed | DRG/ Per Diem Benefit Amount | Plan Benefit | See Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

A2) HEALTH CARE PROFESSIONAL: THE PATIENT IS NOT LIABLE
AND SHOULD NOT BE BILLED IF YOU ACCEPT THE ALLOWABLE
AMOUNT. CALL CIGNA AT THE NUMBER ON THE CIGNA ID CARD
WITH QUESTIONS. CUSTOMER: IF YOU RECEIVE A BILL FOR
MORE THAN "WHAT I OWE" CALL CIGNA.

G2431D  04-08-2015

Proclaim Provider EFT Summary